# UNITED STATES DISTRICT COURT
# DISTRICTOF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

## :CLIFTON POWELL
## VS.

Yale University

School of Medicine
Department of Psychiatry
Connecticut Mental Health Center
Law and Psychiatry Division

: YALe university office of court
Evaluation's Doctor oGundipe

## DOCKET NO. 3:14-cv-751JcH

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

5/23/14          20

Roberta D. Tabora, Clerk
By _____
       Deputy Clerk

### CAPACITY

YALe university school of medicine Department
of Psychiatry connecticut mental Health
center Law And Psychiatry Division
shall be sued In it's official capacity
only. YALe university office of court Evaluation's
Doctor oGundipe shall be sued In Both
Her Individual capacity And In Her official
capacity.

## [ A . PARTIES ]

### 1 . PLAINTIFF : MR. CLIFTON POWELL

IS A CITIZEN OF CONNECTICUT,
WHO PRESENTLY RESIDE AT

Mr. clifton Powell #147799
osBorn, c.I.
335 Bilton Road
Somers. cT 06071.

### 2. FIRST DEFENDANT :

YALe university school of medicine
Department of Psychiatry
connecticut mental Health
center LAW And Psychiatry
Division
is A university school In
connecticut,

## WHOS ADDRESS IS :

34 Park Street
New Haven, Connecticut 06519-1187

3. Defendant YALE university office of court Evaluation's Doctor ogundipe is a citizen of Connecticut
(name of second defendant)                                          (State)

whose address is 34 PARK STREET, newHAVEN, CT 06511

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to :

42 U.S.C. § 1983 (applies to state defendants)

2. JURISDICTION ALSO IS INVOKED PURSUANT TO:
*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

YALE school Law And PSYCHiaTry Division And THEY're Doctor OGundipe was Given An operation To Perform Like A HoSPiTal,

THEY were Given A 54·56 <D> competency Evaluation) To Perform Being Professional's THEY were oBliGated To cHeck Record's And Information [wHicH was FulsiFied] And make correction's of Any Error Found And Inform or correcT PlainTiFF UnderSTanding of THE Error BeFore conducTing THE operation, EValuation Like Professional's. FAilure To Do So ResulTed InTo Professional And medical malPracTice,

PLAINTiFF was Recommended To Be Found incompeTenT wHen He SHould noT Have Been, cAuSing DAmaGe.

D. CAUSE OF ACTION

# Claim : **1**

ALL DEFENDANT AND FEDERAL COURT'S USUALLY HAVE INSURANCE THAT WILL PAY THIS SUIT DAMAGE WITH MONEY THAT WILL PROBLEY BE HERE WHEN HEAVEN AND EARTH PASS AWAY.

THE PAGE'S MAY NOT BE NUMBERED PROPERLY BUT IT REALLY DON'T MATTER.

AT OR NEAR THE BOTTOM OF THE OTHER SIDE ARREST AND THE WORD SENTENCE IS MENTION, WELL THEY CAUSE SEPERATE PAYMENT BECAUSE FALSE ARREST ALONE PAY SEPERATE EVEN WITHOUT A SENTENCE.

THE UNDERSIGNED CHARGE THAT HE HEARD PEOPLE PLOTTING TO EXTORT THIS FEDERAL LAWSUIT. THIS WHOLE CLAIM SECTION IS HEREBY SOUGHT TO BE THE SUPPORTING FACT'S SECTION AS IF IT WAS WRITTEN IN THE SUPPORTING FACT'S SECTION ADDITIONALLY, IT ALSO REMAIN THE CLAIM SECTION.

THIS IS A REGULAR LAWSUIT

IT SHALL HAVE A REGULAR TRIAL
: REPRESENTED BY ERIC H. HOLDER, Jr. THE DEPARTMENT OF JUSTICE.
EVEN JUDGE ROBERT N. CHATIGNY WHO HATE PLAINTIFF THE MOST PUT THE CIVIL SUIT BEFORE THE JURY.

THE UNDERSIGN HAS 5 MORE CASE'S MINIMUM WEIGHING MANY DOUBLE'S MORE OF THIS CASE AND YOU WILL SEE BEFORE THIS CLOSE THAT THE OTHER JUDGE'S WONT EVEN EXTORT THEM. 3.

IF THE UNDERSIGNED IS DECLINE ANY SERVICE BY ANY COURT AND HE WAS ENTITLE, IF HE HAVE TO GET TREATMENT OR BE HOSPITALIZED DUE TO IT HE WOULD BECOME SUCCESSIVE IN A FEDERAL ATTACK FOR MILLION'S OF BILLION'S OF DOLLAR'S, ALL MOTION'S MUST GRANT.

THE UNDERSIGNED FEEL & THINK THAT THE LOWER COURT WHICH IS THE DISTRICT COURT WANT TO ILLEGALLY DEPRIVE THE UNDERSIGNED OF HIS ENTITLE JUDGMENT IN THE END WHERE EVER THAT IS

BUT WHEN THIS REACH THE EYE'S OF THE SECOND CIRCUIT, THEY'RE NOT GOING TO AFFIRM IT AND GET SUED IN THE DISTRICT OF NEW YORK AND LET A JURY GRANT BILLION'S OF DOLLAR'S AGAINST THEM.

# **ATTENTION**

DON'T FORGET BE SURE TO READ THE LAST PAGE OF THE STATEMENT OF FACT'S SECTION TITLED ATTENTION

A LIST OF DAMAGE CAUSED BY EACH DEFENDANT BEGIN ON PAGE 13.

IT IS SOUGHT AGAINST EACH DEFENDANT SEPERATELY.

AND FOR THE DISTRICT COURT TO INTENTIONALLY DENIE THIS CIVIL ACTION ILLEGALLY IS THE SAME AS THE UNITED STATE'S DISTRICT COURT TAKING THE COURT VEHICLE CRASHING IT INTO THE PLAINTIFF CAR 100 MILE'S AN HOUR FROM BEHIND

TURN OVER ⟶

## Claim 1, Continued

Each Defendant pay the very very long number of federal law suit injury damage mentioned at the end of this complaint supporting facts section, each Defendant pay that amount the amount of time's which the long long number total.

Again each Defendant don't only pay the long number law suit injury damage just once they pay the amount the amount of time's as the long long number total.

Then each Defendant pay that great amount of law suit injury damage the amount of time's that it xist. And after that one more time that great amount has to be paid the great amount of time's that it total by each Defendant seperately. And each capacity individual and official capacity pay the toll seperately.

All of the above because there were 3 Defendant of a federal suit who first had to be reviewed by the claim's commissioner before they could be sued each of the 3 caused these Defendant to pay as mentioned because the claim's commissioner who also here by obligate each Defendant in this suit to pay, the total mentioned the amount of time's to which that great amount calculate to. Because the claim's commissioner on April 7, 2014, gave the undersigned permission to sue and because that's the damage that weigh's in while the undersigned suffer from being federal law violated that's the damage Defendant to pay especially because the undersigned naturally suffer from a psychological malformation he has been a mentally challenged individual through out his history.

Each Defendant further pay the total at this point for each violation of federal law charge as numbered in this section and each Defendant pay the toll also for each other violation of federal law that may not be numbered because it only take one violation charge to enable the undersigned to become successive in a civil tort or federal suit against each Defendant and one episode or inter episode may constitute a large variety of charge's the same way as do for example a criminal who committed 2nd degree assault naturally he additionally will also get charged with reckless endangerment.

And it is also claim that each Defendant pay the toll seperately quite the same for example pay the toll of criminal's who all jump a person as do a group person at trial when convicted each person said to pay the full term in jail seperately.

This is going to sound heavy but the Defendant's each subject intire history of suffering in damage this include pay the undersigned sentence and conviction for each of the crazy amount of number of time's that the lawsuit injury damage now calculate and further pay such total for each arrest and seperately for each conviction and seperately for each episode which include each time he had to be hospitalized for mental difficulty, it also include each time he had to get treatment and any episode of suffering

[ D. CAUSE OF ACTION ]

CLAIM 1. : Each defendant is being sued for causing the undersigned to suffer his whole history of suffering a large amount of time's.

Yale University School of Medicine Law And Psychiatry Division, And They're Office of Court Evaluation's Doctor Ogundipe is being sued for :

1. Lack of proper service ;
2. Defective resource's ;
3. Legal malpractice ;
4. Wrongful Incarceration ;
5. Defective service ;
6. Medical malpractice ;
7. Lack of proper resource ;
8. Professional malpractice ;
9. And Yale University School of Medicine Law And Psychiatry Division is being sued also because they fail to train Employee's properly ;
10. Causing the undersigned to suffer many Civil suit Anaviolation's Injury Damage ;

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Quite like a hospital who is given an operation to conduct on a patient, Yale University School of Medicine Law And Psychiatry Division And They're Doctor Ogundipe was given an operation, A 54.56<D> competency evaluation like a hospital to perform

Approximately June 27, 2011, Yale, Doctor Ogundipe Illegally recommended that Plaintiff be found Incompetent at New Haven G.A. 23 Superior Court, Plaintiff who suffered damage by the doing should have been recommended to be found competent

Yale University And They're Doctor Ogundipe was given an evaluation to conduct by New Haven Superior G.A. 23 Court Approximately May or June of 2011, They were obligated to check they're record's, Yale And Doctor Ogundipe, And make sure it match the Judicial Branch Case Detail which was Falsified, And make any All correction to any Falsified Information before conducting the operation, the 54.56<D>, competency evaluation as Professional's do" They are required to correct Plaintiff of the malformation or Error Also before conducting the operation, the 54.56<D> competency evaluation" They were obligated to correct Plaintiff understanding of the case detail before operating, once it was corrected

Yale University School of Medicine Law And Psychiatry Division And They're Doctor Ogundipe At the Office of Court Evaluation's have not.

Where Lack of proper service, Lack of proper Resource, Defective service, Defective Resource, Medical malpractice, Legal malpractice, And Professional malpractice is found. The court which is Yale Resource having such defect as mentioned cause Yale to Lack proper Resource

which is what this claim charge's other than the damage's.

Some damage include such where Plaintiff was convicted And sentence to 2 1/2 year's in Jail And 2 year's probation on February 14, 2012 [Read up ahead].

The situation first cause Plaintiff to think the Attorney was impersonating.

Since Yale And the Doctor was Judging [Evaluating] the undersigned Based on the Judicial Branch Case Detail Information they are obligated to make sure it is correct And have not which hang they're conviction.

Turn over ——>

including Yale university school of medicine doctor Ogundipe both is critically being placed under attack and conquered because they were given a court ordered 54.56 D competency evaluation examination to perform which position them to be sued for medical professional business and legal malpractice and all other claims charged against them they by Ogundipe conducted the evaluation and illegally recommended that the undersigned be found incompetent on June 27, 2011 because of his delusion against his attorney, Yale and Ogundipe was obligated to check their records and the judicial branch pending case detail to make sure it was correct and to correct it or have it corrected if its wrong. The udicial branch pending case detail was wrong they were given a defected case where they lack proper resource as charged the judicial branch pending case detail indicated that the undersigned was represented by public defender Sherwood on June 28, 2011 [see exhibit; C and D, which was a delusion the undersigned was represented by Attorney Michael Moscowitz by not having the case detail corrected the undersigned was led the undersigned who is diagnosed with episodic with inter episode paranoid residual symptoms. To think that there was a conspiracy to illegally convict him and not leave a trace which forced the undersigned to enter involuntary pleadings throughout the course of the action which led to his February 14 2012 conviction. And also caused the undersigned to be convicted while he was incompetent on February 14 2012 conviction and also caused the undersigned to be convicted while he was incompetent on February 14 2012 the undersigned would build his attempted defense on the phone and when he got to court what was said on the phone was never known by the true appointed counsel it was only known by Public Defender Sherwood who the undersigned thought was his lawyer on the phone all together the undersigned could not build a collaborative relationship or defense with his court appointed counsel at court nothing said would collaborate which forced the undersigned to enter involuntary pleadings throughout the course of the action which led to his February 14 2012 conviction.

THIS ALSO CAUSED PLAINTIFF TO DEVELOP MENTAL DIFFICULTIES And OCCASIONAL BURST'S OF ANGER And TO BECOME DEVELOP WITH SUCH LOW TOLERANCE THAT HE THREATEN A COURT CLERK WHICH HE WAS CONVICTED OF ON AUGUST 21, 2013, WHICH PLAINTIFF CHARGE IS DAMAGE ALSO.

PLAINTIFF CHARGE THAT THESE DEFENDANT And OTHER'S MADE HIM LOW TOLERANCE,

PLAINTIFF IS, And WAS ENTITLE TO OTHER CIVIL RIGHT'S RELIF CAUSING THIS EVENT TO CONTAIN IT AS DAMAGE, IT MAKE'S THIS EVENT A WHOLE DIFFERENT DEMOLITION.

YALE And DOCTOR OGUNDIPE CAUSED PLAINTIFF TO BE SENT TO WHITING FORENSIC ON JUNE 27, 2011, WHERE HE SUFFERED A VARIETY OF DAMAGE'S And ALSO HAD HIS RIGHT'S VIOLATED ON AUGUST 30, 2011, And THERE AFTER BY THE U.S. DEPARTMENT OF FEDERAL MARSHALL, And WHITING FORENSIC And THEY'RE DOCTOR ALEXANDRE CARRE WHO ALLOWED THE OFFICE OF FEDERAL MARSHALL TO CALL And FULLY INVESTIGATE PLAINTIFF WHILE PLAINTIFF WAS A PATIENT AT THE WHITING FORENSIC STATE HOSPITAL

WHICH CAUSE PLAINTIFF TO SUFFER DAMAGE INCLUDING LOW TOLERANCE TO A POINT WHERE HE THREATEN A COURT CLERK And WAS SENTENCE ON AUGUST 21, 2013, TO 5 YEAR'S SUSPENDED. AFTER 18 MONTH'S WITH 2 YEAR'S PROBATION, ALSO.

[ Statement of Fact's, continued ]

Yale University School of Medicine Law and Psychiatry Division and They're Doctor Ogundipe was Given the Operation, The 54.56 <D>, Competency Evaluation Like A Hospital To Perform on Plaintiff Approximately May 27, 2011, or June 27, 2011, By New Haven Judicial Branch And They Are Required To Meet The Following Obligation's To Prevent Malpractice

Yale University School of Medicine Law and Psychiatry Division and They're Doctor Ogundipe is Obligated To Have A Resource That Will Tell Them That The Judicial Branch Pending Case Detail contain False Information As It Did Approximately May 27, 2011, or June 27, 2011, Indicating That Plaintiff Who Was A Defendant At The Time I Was Represented By Public Defender Sherwood, Which is False

The Defendant's Listed Above is Obligated To Have A Resource That Will Tell Them This When They Recieve An Individual From The Judicial Branch To Conduct An Operation, A 54.56 <D>, Competency Evaluation on

The Defendant's Listed Above is Obligated To Have A Resource That Would Correct The Judicial Branch Pending Case Detail And/or Plaintiff [Who Was A Defendant At The Time] Understanding of Who Was Representing His criminal Case's And Notify Plaintiff That There Was An Error

Such Resource As mentioned Above is Obligated To Prevent Being Sued For Lack of Proper Resource And All other Charge's Listed In The Claim, Mainly Malpractice.

The Plaintiff Suffered The Damage That Was mentioned, As A Result.

The Defendant's Listed Above Do not contain The Resource Which They Are Obligated To Have
And if They Do They Were not Used Which Deprived Plaintiff Of His Right To Proper Resource, Service And A variety Of other Event's As mentioned In This Complaint

Turn over →

EACH DEFENDANT HAD FULL ACCESS TO THE JUDICIAL BRANCH PENDING CASE DETAIL WHICH IS PUBLIC,

AND IS OBLIGATED TO CONTAIN A RESOURCE THAT WILL CHECK IT AND CORRECT IT OR PLAINTIFF UNDERSTANDING OF ANY ERROR BEFORE OPERATING, CONDUCTING THE CONNECTICUT GENERAL STATUTES SECTION 54.56 <D>, COMPETENCY EVALUATION MENTIONED IN THIS COMPLAINT, LIKE PROFESSIONAL'S.

PLAINTIFF WAS FORCED TO ENTER INVOLUNTARY PLEADING'S [WHICH INCLUDE PLEAING GUILTY] THROUGHOUT THE COURSE AS MENTIONED, ALTHOUGH HE WAS ALSO INCOMPETENT WICH ALSO POSITION HIM TO BE UNDER THE SAME INFLUENCE. PLAINTIFF CHARGE THAT ALTHOUGH THERE WERE MANY, IT ONLY TOOK ONE VIOLATION, WHICH HE CONSIDER TO BE A SIGN" HE CHARGE THAT HE IS ALREADY DIAGNOSE WITH PARANOIA.

THIS CASE PAY THE TOTAL OF 8 SUIT PLUS IT IN DAMAGE [SEE PAGE TITLED DAMAGE'S UP AHEAD]
THEN EACH CASE DOUBLE 7 TIME'S BECAUSE THE SECON'D LISTED CASE ON THE DAMAGE PAGE IS THE FIRST CASE BEARING VIOLATION'S DATED FROM THE YEAR OF 2004, EACH CASE THAT OCURRED AFTER THAT PAY THE TOTAL ESPECIALLY WHEN ALL THE VIOLATION'S EXPERIENCED CAUSED SUCH LOW TOLERANCE THAT PLAINTIFF THREATENED A CLERK OF ROCKVILLE COURT,
THE SECOND LISTED CASE DOUBLE BECAUSE OF THE REASON'S LISTED BELOW [ PLAINTIFF WAS ENTITLE TO JUDGMENT EACH TIME HE WAS DECLINE ] :
1. PLAINTIFF FILED A MOTION FOR SUMMARY JUDGMENT AND WAS DECLINE
2. PLAINTIFF FILED A SECOND MOTION FOR JUDGMENT AND WAS DECLINE
3. THE JURY RETURNED WITH A VERDICT IN FAVOR OF THE DEFENDANT OF THE IDENTIFIED CASE WHEN PLAINTIFF WAS ENTITLE TO THE JUDGMENT
4. PLAINTIFF WAS HOSPITALIZED WEIGHING THE WHOLE CASE 3 TIME'S, FOR EACH TIME IT HAD TO BE GRANTED WHICH CONSTITUTE 6 CASE'S IN DAMAGE IT DOUBLE WHEN PLAINTIFF IS HOSPITALIZED WEIGHING THE WHOLE THING

5. THE CASE WAS DECLINE AT THE SECOND CIRCUIT WHEN PLAINTIFF WAS ENTITLE



[ Statement of Fact's, continued ]

YALE university school of medicine LAW And psychiatry Division And THey're Doctor Ogundipe was Given THe operation, The 54-56 <D>, competency evaluation like A hospital, to perform on plaintiff approximately may 27,2011, or June 27,2011, BY newHaven Judicial Branch And THey Are Required to meet THe following oBligation's to prevent mal practice

YALE university school of medicine LAW And psychiatry Division And THey're Doctor Ogundipe is obligated to have A Resource THAT would Tell THem THAT THe Judicial Branch Pending case Detail contain FALse information As it Did approximately may 27, 2011, or June 27, 2011, indicating THAT plaintiff [who was A Defendant AT THe Time] was Represented BY PuBlic Defender Sherwood, which was FALse

THe Defendant's Listed ABove is obligated To HAVE A Resource THAT will Tell THem THis when THey Recieve An individual From THe Judicial Branch To conduct An operation, A 54-56 <D>, competency evaluation on

THe Defendant's Listed ABove is obligated To Have A Resource THAT would correct THe Judicial Branch Pending case Detail And /or plaintiff [who was A Defendant AT THe Time] understanding of who was Representing His criminal case's And notify plaintiff THAT THere was An Error

such Resource As mentioned ABove is obligated To prevent Being sued For Lack of proper Resource And ALL oTHer charge's Listed In THe claim, mainly mal practice. THe plaintiff suffered THe Damage THAT was mentioned, As A Result.

THe Defendant's Listed ABove Do not contain THe Resource which THey Are obligated To HAVe And if THey Do THey were not used which Deprived plaintiff of His Right To proper Resource, service And A variety of oTHer Event's As mentioned In THis complaint

Turn over ⟶

⊃ EACH DEFENDANT HAD FULL ACCESS TO THE JUDICIAL BRANCH PENDING CASE DETAIL WHICH IS PUBLIC,

AND IS OBLIGATED TO CONTAIN A RESOURCE THAT WILL CHECK IT AND CORRECT IT OR PLAINTIFF UNDERSTANDING OF ANY ERROR BEFORE OPERATING, CONDUCTING THE CONNECTICUT GENERAL STATUTE'S SECTION 54.56 ⟨D⟩, COMPETENCY EVALUATION MENTIONED IN THIS COMPLAINT

○ AND JUST SO THAT THIS RECORD, IS CLEAR THE UNDERSIGNED, MOVANT CHARGE THAT HOSPITAL'S AND THEY'RE DOCTOR ⟨S⟩ CHECK RECORD ⟨S⟩, INFORMATION AVAILABLE TO THEM IT'S THE PROFESSIONAL WAY TO CONDUCT AN OPERATION OR EVALUATION THEY AS PROFESSIONALS ARE OBLIGATED TO CORRECT THE PATIENT'S UNDERSTANDING WHERE ANY ERROR IS FOUND BEFORE EVALUATING THE PATIENT TO PROTECT THE PATIENT'S RIGHT'S AND PROPERLY EXAMINE THE PATIENT'S TRUE CAPACITY.

THIS ABOVE YALE AND THEY'RE DOCTOR WAS OBLIGATED TO DO, THEY WERE OBLIGATED TO CHECK THE JUDICIAL BRANCH PENDING CASE DETAIL IT IS A PUBLIC RECORD AVAILABLE TO THEM WHICH WAS FALSIFIED LISTING THAT THE UNDERSIGNED WAS REPRESENTED BY SHERWOOD, YALE AND THEY'RE DOCTOR WAS OBLIGATED TO CHECK THE PUBLIC REORD, INFORMATION WHICH IS AVAILABLE AND CORRECT THE UNDERSIGNED UNDERSTANDING WHERE THE ERROR IS FOUND, BEFORE EVALUATING HIM TO PROPERLY EXAMINE HIS TRUE CAPACITY ESPECIALLY BECAUSE THEY WERE EVALUATING HIM BASED ON THE INFORMATION THAT WAS TO BE FOUND ON THE PUBLIC RECORD, LISTING.

YALE AND THEY'RE DOCTOR HAVE NOT CORRECTED THE UNDERSIGNED UNDERSTANDING OF THE ERROR NOR HAVE THEY CORRECTED THE ERROR WHICH WAS ALSO OBLIGATED AND A PROFESSIONAL WAY TO EXECUTE THE EVALUATION AND CONVINCE THE UNDERSIGNED OF THE ERROR.

BY NOT CHECKING AND CORRECTING THE UNDERSIGNED UNDERSTANDING OF THE FALSE INFO YALE AND THEY'RE DOCTOR WAS NOT ABLE TO PROPERLY PROFESSIONALLY EVALUATE THE UNDERSIGNED TRUE CAPACITY CAUSING THE UNDERSIGNED TO BE SENT TO WHITING FORENSIC BECAUSE YALE AND THEY'RE DOCTOR RECOMMENDATION THAT HE BE FOUND INCOMPETENT TO STAND TRIAL BECAUSE OF HIS DELUSION AGAINST HIS ATTORNEY WHICH THE UNDERSIGNED CHARGE WAS CAUSED BY THE VIOLATION OF THE UNDERSIGNED RIGHT ⟨S⟩ TO PROPER PROFESSIONAL SERVICE THE UNDERSIGNED CHARGE THAT HE WAS MISLED BY THE FALSE LISTING WHERE PROFESSIONAL MALPRACTICE IS FOUND, AND BECAUSE YALE AND THEY'RE DOCTOR VIOLATED HIS RIGHT TO PROPER PROFESSIONAL SERVICE THEY WERE NOT ABLE TO EVALUATE HIS TRUE COMPETENT CAPACITY WHICH WOULD HAVE ALLOWED THEM TO RECOMMEND THAT HE BE FOUND COMPETENT.

BY THE UNDERSIGNED BEING SENT TO WHITING CAUSED MUCH DAMAGE TO DEVELOP AS MENTIONED ALREADY, BUT ALSO CAUSED THE OFFICE OF FEDERAL MARSHALL TO VIOLATE THE UNDERSIGNED RIGHT'S BY INVESTIGATING HIM WHILE HE WAS AT WHITING WITHOUT AUTHORIZATION, AND HAD WHITING ILLEGALLY MONITOR HIS MAIL.

WHICH MEAN WHITING FORENSIC VIOLATED HIS RIGHT'S ALSO

[Statement of Fact's, Continued]

Plaintiff was suffering from a massive amount of other civil right's violation's to which it cause this violation to be some thing way more critical weighing it, in the past Plaintiff spent 9 day's, 5 day's and may be more other time's, in the Hospital because he could not cope prosecuting more than one or two case's. or the damage became so severe to him [Bridgeport Emergency Room] [and saint mary's in waterbury]

Those of the other event's which make this event critical is titled, and listed as follow's :

1. Clifton Powell v. waterbury city police department, et al. Docket number 3:04-cv-1973; Plaintiff was entitle to judgement motion's especially the latest one's and one's that are soon being filed from the date of this entry.

2. Clifton Powell v. united state's district court, et al. Docket number 3:10-cv-1397; Plaintiff is entitle to civil relief and relief from judgement which he was deprived yet another motion is being prepared and reflect Plaintiff entitlement and will be furnished before April 04, 2014. Plaintiff is in such condition because of all the many damage's that it will take him time and psychological development to proceed, may be more.

3. Soon to be Clifton Powell v. Connecticut department of mental health et al.; The department of mental health and they're doctor allowed this defendant Federal marshall to do what is charged in this event illegally.

4. Superior court case, Clifton Powell v. department of public safety, et al. Docket number cr13-5034471; Plaintiff again was denied an entitle judgement, the defendant's there of fail to provide proper service causing Plaintiff wrongful incarceration, and other damage.

5. Soon to be Clifton Powell v. Connecticut superior court clerk's office, et al.; The clerk's office were given an application after Plaintiff sent, An upset letter, The application was with held illegally causing damage two month's after it was sent, it if it was not with held would have defused and kept the alarm which caused Plaintiff damage, as required by law. Plaintiff was sentenced to 18 month's in jail as damage where lack of proper service is found.

6. Clifton Powell v. Yale university, et al. In newhaven superior court Docket #CV13-5034512; A variety of people violated and many were to be convicted of violation's and fired for being convicted, the employer were to be ordered to train employee's properly. Due to Plaintiff condition mentally he could not keep up prosecuting the event so it was dismiss.

7. Clifton Powell v. Judicial marshall kenedy, et al. Docket #13-cv-858 kennedy and John doe heard Plaintiff allegedly throw a chair and went in the holding cell where Plaintiff was and let Plaintiff allegedly assault them, they should have used mace [which they had] and or a shield as professional's, to prevent the alleged assault where professional malpractice is found, Plaintiff was sentence to 2½ year's in jail with 2 year's probation which kennedy, John doe and the department of Judicial marshall is responsible for, Date of sentence was Febuary 14, 2012.

8. Soon to be Clifton Powell v. Yale university school of medicine law and psychiatry division, et al.; Yale and they're doctor Gündür recommended Plaintiff to be found incompetent on June 27, 2011, when they should have recommended that he be found competent, causing Plaintiff to be sent to, writing Instantly where Plaintiff was subject to being illegally Investigated by Federal marshall as reported.

[ STATEMENT OF FACT'S ]

PLAINTIFF CHARGE THAT THERE
were many violation's
THAT TOOK PLACE WHICH
Forced Him To Enter
INVOLUNTARY pleading's
THOUGH    The course
OF HIS 02·14·2012, conviction
And ALTHOUGH THERE were many
iT only TOOK one WHICH He
Consider is A SiGn,

PLAINTIFF WAS DiAGnose
WITH HAving PARANOIA.

Also Each civil suit or violation count In
ALPHABETICAL order STARTinG From THE DATE
iT InitiATed, when iT come's To cALcuLATinG
DOUBLE'S As mentioned up AHead.
iF THE DATE iT InitiATed Aint Listed iT START
From THE InjuRy DATE.

How THis complainT is written is How THE undersigned
was THinkinG AT THE Time OF THE THREAT,
THE undersigned CHARGE THAT THOSE mentioned In
THis wHoLE complainT cAused Him To deveLop such
low ToLERAnce DurrinG mAy And June 2012, THAT
He THREATEned A courT cLERK And was senTEnced,
To 5 yEAR's SusPended AFTER 18 monTh's wiTH 2
yEAR's probaTion, on AuGusT 21, 2013, And EAch,
PERson In violaTion sHALL Be sued For THE cAuse,
wHiLE A massive AmounT OF DAmaGE weiGHed In,
DamAGE wHicH is souGHT In FuLL AGAinsT EAch,

TuRn over ⟶

14.

[STATEMENT OF FACT'S, continued]

ATTENTION

on BEHALF OF CLAIM 1, And 2

THE FOLLOWING IS THE
LIST OF DAMAGE
SOUGHT AGAINST
EACH DEFENDANT Also,

15.        TURN OVER ——→

[STATEMENT OF FACTS, continued]

THE undersigned CHARGE THAT THERE is 37 or 38 Inter Episode DEFENDANT WHO is NOT A PARTY IN THIS Initial EVENT BUT ARE TITLED AS mentioned TO BETTER LABLE EVENT'S mentioned or VIOLATION'S WHICH is ALSO TITLED CIVIL SUIT TO BETTER LABLE EVENT'S.

THE undersigned SUBMIT THE FOLLOWING AS AN EXAMPLE CHARGING THAT

WHEN 1 PERSON VIOLATE THE RIGHT'S OF A PERSON IT MAY SEEM TO BE THE WEIGHT AND SIZE OF A BOWLING BALL TO MANY LIKE THE undersigned, IT AT TIME'S SEEN AS IF IT LEAVE THE SAME DAMAGE AS A BOWLING BALL THAT FALL ON A HOUSE FROM 20 FEET UP

SO WHEN THERE'S 37 OR 38 PEOPLE WHO VIOLATE THE RIGHT'S OF A PERSON AS THOSE UP AHEAD VIOLATE THE undersigned's RIGHT'S IT WILL SEEN TO BE THE WEIGHT AND SIZE OF A BOULDER 37 OR 38 TIME'S THE SIZE AND WEIGHT OF A BOWLING BALL WHICH AT TIME'S mentioned UP AHEAD LEAVE THE SAME DAMAGE AS A BOULDER 37 OR 38 TIME'S THE SIZE AND WEIGHT OF A BOWLING BALL THAT FALL ON A HOUSE FROM 20 FEET UP.

IT'S ALSO LIKE GETTING EXECUTED BY A CHINESE needle PUNCTURE TORTURE CHAMBER AND NEVER BEING ABLE TO HEAL AND EACH OF THE 37 OR 38 PEOPLE WHO VIOLATED UP AHEAD IS FEATURED AS A PUNCH THAT TYPICALLY WOULD NOT HURT A NORMAL PERSON BUT THE undersigned WHO HAVE NOT HEALED ANY FROM THE needle PUNCTURE TORTURE CHAMBER

[ STATEMENT OF FACT'S, CONTINUED ]

PLAINTIFF WAS SUFFERING FROM A MASSIVE AMOUNT OF OTHER CIVIL RIGHT'S VIOLATION'S TO WHICH IT CAUSED, THIS VIOLATION TO BE SOMETHING WAY MORE CRITICAL WEIGHING IT, IN THE PAST PLAINTIFF SPENT 9 DAY'S, 5 DAY'S AND MAY BE MORE OTHER TIME'S. IN THE HOSPITAL BECAUSE HE COULD NOT COPE PROSECUTING MORE THAN ONE OR TWO CASE'S, OF THE DAMAGE BECAME SO SEVERE TO HIM [BRIDGEPORT EMERGENCY ROOM] [AND SAINT MARY'S IN WATERBURY]

THOSE OF THE OTHER EVENT'S WHICH MAKE THIS EVENT CRITICAL IS TITLED, AND IS LISTED AS FOLLOW'S:

1. CLIFTON POWELL V. WATERBURY CITY POLICE DEPARTMENT, ETAL. DOCKET NUMBER 3:04-CV-1973; PLAINTIFF WAS ENTITLE TO JUDGMENT MOTION'S ESPECIALLY THE LATEST ONE'S AND ONE'S THAT ARE SOON BEING FILED FROM THE DATE OF THIS ENTRY.

2. CLIFTON POWELL V. UNITED STATES DISTRICT COURT, ETAL. DOCKET NUMBER 3:10-CV-1397; PLAINTIFF IS ENTITLE TO CIVIL RELIEF AND RELIEF FROM JUDGMENT WHICH WAS DEPRIVED YET ANOTHER MOTION'S IS BEING PREPARED AND REFLECT PLAINTIFF ENTITLEMENT AND WILL BE FURNISHED BEFORE APRIL 04, 2014. PLAINTIFF IS IN SUCH CONDITION BECAUSE OF ALL THE MANY DAMAGE'S THAT IT WILL TAKE HIM TIME AND PSYCHOLOGICAL DEVELOPMENT TO PROCEED, MAY BE MORE.

3. SOON TO BE CLIFTON POWELL V. CONNECTICUT DEPARTMENT OF MENTAL, ETAL; THE DEPARTMENT OF MENTAL HEALTH AND THEY'RE DOCTOR ALLOWED THIS DEFENDANT FEDERAL MARSHALL TO DO WHAT IS CHARGED IN THIS EVENT ILLEGALLY.

4. SUPERIOR COURT CASE, CLIFTON POWELL V. DEPARTMENT OF PUBLIC SAFETY, ETAL. DOCKET NUMBER CV 13.5034471; PLAINTIFF AGAIN WAS DENIED AN ENTITLE JUDGMENT, THE DEFENDANT'S THERE OF FAIL TO PROVIDE PROPER SERVICE CAUSING PLAINTIFF WRONGFUL INCARCERATION, AND OTHER DAMAGE.

5. SOON TO BE, CLIFTON POWELL V. CONNECTICUT SUPERIOR COURT CLERK'S OFFICE, ETAL. THE CLERK'S OFFICE WERE GIVEN AN APPLICATION AFTER PLAINTIFF SENT AN UPSET LETTER, THE APPLICATION WAS WITH HELD ILLEGALLY CAUSING DAMAGE TWO MONTH'S AFTER IT WAS SENT, IT IF IT WAS NOT WITH HELD WOULD HAVE DEFUSED AND KEPT THE ALARM WHICH CAUSED PLAINTIFF DAMAGE, AS REQUIRED BY LAW. PLAINTIFF WAS SENTENCED TO 18 MONTH'S IN JAIL AS DAMAGE WHERE LACK OF PROPER SERVICE IS FOUND.

6. CLIFTON POWELL V. YALE UNIVERSITY, ETAL. IN NEW HAVEN SUPERIOR COURT DOCKET # CV 13.5034512; A VARIETY OF PEOPLE VIOLATED AND MANY WERE TO BE CONVICTED OF VIOLATION'S AND FIRED FROM BEING CONVICTED, THE EMPLOYER WERE TO BE ORDERED TO TRAIN EMPLOYEE'S PROPERLY. DUE TO PLAINTIFF CONDITION MENTAILY HE COULD NOT KEEP UP PROSECUTING THE EVENT SO IT WAS DISMISSO.

7. CLIFTON POWELL V. JUDICIAL MARSHALL KENNEDY, ETAL. DOCKET # 13-CV-858; KENNEDY AND JOHN DOE HEARD PLAINTIFF ALLEGEDLY THROW A CHAIR AND WENT IN THE HOLDING CELL WHERE PLAINTIFF WAS AND LET PLAINTIFF ALLEGEDLY ASSAULT THEM, THEY SHOULD HAVE USED MACE [WHICH THEY HAD] AND OR A SHIELD AS PROFESSIONAL'S TO PREVENT THE ALLEGED ASSAULT WHERE PROFESSIONAL MALPRACTICE IS FOUND. [TH'S FILED IN FEDERAL COURT].

8. SOON TO BE, CLIFTON POWELL V. YALE UNIVERSITY SCHOOL OF MEDICINE, LAW AND PSYCHIATRY DIVISION, ETAL; YALE AND THEY'RE DOCTOR OGUNDIPE RECOMMENDED PLAINTIFF TO BE FOUND INCOMPETENT ON JUNE 27, 2011, WHEN THEY SHOULD HAVE RECOMMENDED THAT HE BE FOUND COMPETENT, CAUSING PLAINTIFF TO BE SENT TO WHITING INSTANTLY WHERE PLAINTIFF WAS SUBJECT TO BEING ILLEGALLY INVESTIGATED BY FEDERAL MARSHALL AS REPORTED, YALE AND THEY'RE DOCTOR INITIALLY CAUSED IT

17.                                    TURN OVER →

[STATEMENT OF FACT'S]

ON BEHALF OF THE EIGHT NUMBERED EVENT'S ON THE PAGE LISTING CIVIL SUIT'S AND VIOLATION'S STATISTICALLY FROM THE CASE LISTED AS NUMBER 1 THE UNDERSIGNED WAS ENTITLE TO THE $53,000,932.73 LAWSUIT THE DEFENDANT<S> EVEN CONFESSED TO ILLEGALLY FILING ACTION ON THE UNDERSIGNED CADILLAC WHICH CAUSED IT TO BE DESTROYED, WHICH IS WHAT THE UNDERSIGNED CHARGED IN THAT CIVIL SUIT THE JUDGMENT WAS ENTITLE BUT THE UNDERSIGNED WAS DEPRIVED OF HIS JUDGMENT WHICH HOSPITALIZED HIM WEIGHING THE WHOLE CASE IN DAMAGE WHICH MAKE THE $53,000,932.73 LAW SUIT DOUBLE, WHICH CONSTITUTE 2 CASE'S. ALL THE DOUBLE CASES LISTED ON THIS PAGE IS SOUGHT IN DAMAGE AGAINST THE UNITED STATE'S OFFICE OF FEDERAL MARSHALL IN THIS CIVIL ACTION  THERE ARE 8 CASE'S OR VIOLATION'S LISTED AS NUMBERED, THIS ONE MAKE'S 9.

EACH DOUBLE STARTING FROM THE FIRST ONE MENTIONED ABOVE, THEY ALL OFFICIALLY WEIGH IN ONCE THE UNDERSIGNED EXPERIENCED THE LOW TOLERANCE DAMAGE MENTIONED ON THE PREVIOUS PAGE [ON THE OTHER SIDE OF THIS PAGE], IT CAUSED HIM TO THREATEN A COURT CLERK, THE MANY DOUBLE'S WAS THE TOIL THAT WEIGHED IN, EACH DOUBLE STARTING FROM THE FIRST ONE MENTIONED, DOUBLE AS FOLLOW'S:

I ALREADY SAID HOSPITALIZATION MADE THE FIRST CASE DOUBLE, THE SECOND LISTED CASE WEIGH 2 CASE'S IN DAMAGE EVEN AS COPING PRESSURE AT THE TIME OF THE THREAT, THE 3RD ONE COUNT 4 BECAUSE THE FIRST AND SECOND WEIGHED 2 EACH ADDED TOGETHER MAKE 4, THE 4TH ONE MAKE 8 BECAUSE THE FIRST AND SECOND ONE IS 2 EACH PLUS THE 4 OF THE 3RD ONE MAKE 8, THE 5TH ONE MAKE 16 BECAUSE THE 4TH MADE 8 THE 3RD COUNT 4 AND THE FIRST AND SECOND IS 2 EACH WHICH TOTAL 16 THAT WEIGH IN AT THE TIME OF THE THREAT, THE 6ST ONE MAKE 32 BECAUSE THE 5TH MADE 16 THE 4TH MADE 8 THE 3RD MADE 4 AND THE FIRST AND SECOND ONE WAS 2 EACH WHICH MAKE 32, THE 7TH LISTED ONE TOTAL 64 BECAUSE THE 6ST ONE TOTALED 32 THE 5TH COUNT TO 16 THE 4TH MADE 8 THE 3RD COUNT 4 AND THE FIRST AND SECOND TOTAL 2 EACH WHEN CALCULATED TOTAL 64, THE 8TH ONE TOTAL 128  $53,000,932.73 CIVIL LAW SUIT BECAUSE THE 7TH MADE 64 THE 6ST MADE 32 THE 5TH MADE 16 THE 4TH MADE 8 THE 3RD TOTAL 4 AND THE FIRST AND SECOND ONE COUNT 2 EACH WHICH TOTAL 128 CIVIL SUIT, THE LAST ONE, THE 9 TH ONE TOTAL 256 $53,000,932.73 CIVIL LAW SUIT BECAUSE THE 8 TH ONE COUNT 128 THE 7TH ONE TOTAL 64 THE 6ST ONE TOTAL 32 THE 5TH MADE 16 THE 4 TH WAS 8 THE 3RD TOTAL 4 AND THE FIRST AND SECOND COUNT 2 EACH FOR A GRAND TOTAL OF 256.

CHIEF PROBATION OFFICER CHUCK SHIDLER AT WATERBURY ADULT PROBATION SHOULD BE LISTED AS NUMBER 5 ON THE EIGHT NUMBERED LIST OF CASE'S 2 PAGE'S PRIOR TO THIS PAGE, BECAUSE HE WAS TOLD THAT THE UNDERSIGNED WAS USING DRUG'S, AND HE WAS THEN OBLIGATED TO GET THE UNDERSIGNED IN OR OUT PATIENT DRUG PROGRAM AND DID NOT THE UNDERSIGNED WAS UNABLE TO REPORT BACK TO PROBATION AND WAS SENTENCED TO 2 YEAR'S PROBATION ON FEBUARY 14, 2012,

ATTORNEY MICHAEL MOSCOWITZ AT 7 ELM STREET IN NEW HAVEN SHOULD BE LISTED AS THE SIX NUMBERED CIVIL SUIT ON THE EIGHT NUMBERED LIST OF CIVIL CASE'S TWO PAGE'S BACK PRIOR TO THIS PAGE, ON MARCH 1, 2011, MOSCOWITZ WHO REPRESENTED THE UNDERSIGNED IN CRIMINAL COURT FOUND THAT PLAINTIFF ELECTED TO REPRESENT HIS SELF PRO SE  AND WAS ENTITLE WHEN MOSCOWITZ LET THE COURT DEPRIVE HIM OF HIS RIGHT TO DO SO, MOSCOWITZ ALSO LET THE COURT JUDGE TELL THE UNDERSIGNED THAT, SHE'S NOT, A TALK TO PERSON ON 3-01-2011, WHICH VIOLATE HIS RIGHT'S EVEN TO A FAIR HEARING. MOSCOWITZ WAS ALSO OBLIGATED TO CHECK THE JUDICIAL BRANCH PENDING CASE DETAIL WHICH IS PUBLIC AND CORRECT THE FALSE INFORMATION LISTING THAT THE UNDERSIGNED WAS REPRESENTED BY PUBLIC DEFENDER SHERWOOD, THIS CAUSED THE UNDERSIGNED TO BE MISLEAD AND ALSO YALE OFFICE OF COURT EVALUATION'S AND THEY'RE DOCTOR WHO WAS OBLIGATED TO CORRECT THE FALSE LISTING ALSO, TO RECOMMEND THAT PLAINTIFF BE FOUND INCOMPETENT ON JUNE 27, 2011, THE UNDERSIGNED WAS THEN SENT TO WHITING FORENSIC WHERE HIS RIGHT'S WERE VIOLATED BY THE OFFICE OF FEDERAL MARSHALL AS CHARGED, AS A RESULT TO THE FALSE LISTING AND PROFESSIONAL MALPRACTICE

18.

[ Statement' Of Fact's, Continued ]

Some of the Event's on the Page listing Case's And violation's Which Are numbered From 1 to 8 Dont list All of the information Which is sought to furnish so the undersigned is listing the Rest of the information As follow's:

In Addition To Event number 1, [ There Are 2 Defendant In the Suit ], There Are waterbury city Police Department, And officer D'Amato, By D'Amato they went And filed Action on the undersigned cadillac illegally while it was Protected By Being on Private Property A municipality Report of A Bandoned motor vehicle Dated october 01, 2004, was the illegal Action it caused the car to be Destroyed, the Defendant fully confessed to the Doing And twice the undersigned Filed For Summary Judgment And demonstrated the confession But was Denied, Deprived His entitle judgment then At trial when the jury Returned with A verdict In favor of the Defendant Around January 14, 2009, At that time the undersigned was Hospitalized For About 4 Day's weighing the whole case In Damage which then Double the suit In Damage;

In Addition to Event number 2, [ There Are 4 Defendant who could Be Sued, Although there were other's Listed In the suit ], There Are the United State's District court, the law office of Rome And McGuigan, Attourney Jeffrey L. ment, And Thomas Plotkin of Rome And McGuigan. the District court owe, Because they were Given An opposing motion And 2 motion's For Summary Judgment with A full confession that the Defendant's confessed to the illegal Action as identified Above And the District court Denied, And Deprived the undersigned of the judgment. the court Also was obligated to Instruct the jury to Find the Defendant Guilty Bearing the confession which is In the First numbered Event Docket Above, Docket number 31, Exhibit G, Page 2, [ Please note this is for the Above Also ]. And the other 3 Listed Defendant of Event number 2, misrepresented the undersigned In the Event numbered 1 Above, Bearing what's Listed In this section And the Above, section "Each of the Above 4 Listed Defendant cause the undersigned to Be Hospitalized For About 4 Day's In Saint mary's Hospital In waterbury, Although there were other's Each Subject to the tort Separately which Double the civil suit on Each In Damage [ To count 8 suit ]: Eventfully Each Defendant Posted In this entire suit Had Subject to owing the tort And is Damage, the District court And the law office mentioned Fail to train Employee's Properly, Judge Robert n. chatigny Subject the court to Lack Proper Resource And service;

In Addition to suit, Event number 6, [ There Are 3 Defendant In the Event ] There Are the Department of mental health they're Doctor Alexandre Carre, And unit manager ninnette Rawlinitis. Because of the following the Department of mental health md whiting Forensic Fail to train Employee's Properly. Doctor Carre would violate Federal Law Every month From June 27, 2011, thru november 22, 2011, Falsifying information charging that the undersigned criminal charge's were 3 count of Assault 3rd, the undersigned charge's were more Serious Assault 2nd, And there were 3 count, And Also Falsified information charging that the undersigned was In the Hospital when He was not, Listing that the undersigned was In Patient From november 02, 2010, thru January 18, 2011, which was False And violate Federal law. Carre further misspelled information Listing's In medical treatment Record's During the undersigned Hospitalization From June 27, 2011, thru november 22, 2011, which Also violate Federal Law. Forensic unit manager ninnette Rawlinitis violated Federal Law, she was obligated to be Professional And check information when Attending And Providing service, several month's while the undersigned was A Patient As mentioned Above she Attended And serviced the Event By signing As Attending the Event treatment Plan session's, several month's had misspelled word's And information which she was obligated to correct or Have corrected Before signing it's Part of Her Purpose For Being there, it's considered Professional malpractice And more

Turn over ⟶

[ Statement of Fact's, Continued ]

In Addition to the 4th numbered Civil Event Listed on the numbered List of Event's [ There Are 4 Defendant There ], There is water Bury City Police Department, The Sex Offender Registry, Water Bury City Police Department Detective Bureau, And Subject the undersigned to Being Arrested or convicted In 2007, for Failure to Register, The Department of Public Safety was obligated to Properly Develop A Sex offender Registry And Have not they send the form And An envelope without providing Postage, They Required that the undersigned Return the Form within 10 Day's And at the End of the month the undersigned could not Get Postage Due to Lack of Fund's And was Arrested or convicted In 2007, for Failure to Register, Because the Envelope Lack Postage the Department of Public safety violate Federal Law Where Lack of proper Service, is found. The Sex offender Registry As An Agency is Subject to suing Because of the Above. The Detective Bureau mentioned Above Filed for the warrant Bearing the Arrest And conviction mentioned Above And Lack Proper Resource Because they should have A Resource that will Tell them that the undersigned could not Be Arrested or convicted For the Reason's Listed Above. And the water Bury City Police Department Fail to train Employee's Properly By they're Detective Bureau violating Federal Law as Listed;

In Addition to the 5th Listed Civil suit, Those Defendant Are not to Be Included when counting the Double Civil suit mentioned in this complaint. In fact when calculating double's mentioned in this complaint the following shall Be considered on Behalf of the 5th number Listed suit on the List of 8 suit numbered Previously; Clifton Powell V. The Department of Adult Probation, et al. [ This Event contain 2 Defendant ], There is Shidler, Shidler ADULT Probation, And chief Probation officer CHUCK Shidler Allege that the undersigned was doing Drug's Shidler, was Like A Doctor who was obligated to treat the undersigned or Get the undersigned treatment, In or out Patient Drug Program treatment. Shidler Did not Get the undersigned treatment And the undersigned condition Became Such that he could not Report Back which caused Shidler to File A violation of Probation Document Leading the undersigned to Be violated And sentence to 2 Years Probation on Behalf of Shidler Professional mal-practice, The violation Application may Have Been Filed About Feb or march of 2010;

In Addition to the 3rd numbered suit mentioned on the 8 numbered List of Civil suit And violation's, The following shall Be considered in its Place when calculating double's mentioned in this complaint. Clifton Powell V. The Department of mental Health, et al. [ There Are, 3 Defendant In the Event ] There is the Department of mental Health, Alexandre Carre of whiting forensic Division, And Doctor worker Sarah Ledingham. white, And whiting forensic social worker Sarah Ledingham. white, And whiting forensic social on August 30, 2011, Doctor Carre Allowed the undersigned was A Patient To call And Fully Investigate the undersigned Illegally without Authorization, Doctor Carre Also Began to monitor the undersigned mail on Behalf of the Illegal Investigation, Carre monitored the mail from then until November 22, 2011, Illegally. Carre Also Allowed the office of Federal marshall to Fax A Letter, And An Affidavit that the undersigned wrote to the court, with out Authorization the Day After the Illegal Phone call, Investigation november 22, 2011, when she Prepared the undersigned Follow up on treatment, Discharge Plan for the Follow up to Be scheduled for the Department of correction, The Follow up Had to Be scheduled For for Society In case the court Released Him from Jail or court, if Leding Ham could not Show In writing that the undersigned was Going to Be sent to the Department of correction then she violate the Purpose of Preparing the Document, And Discriminate;

20.

[ STATEMENT OF FACT'S, continued ]

In Addition To The 7th listed civil suit on The 8, numbered list of civil suit And violation Event's Ether Are 3 Defendant In This civil suit There is Judicial marshall officer Kennedy, And Judicial marshall John Doe, And The Department of Judicial marshall. The Date of The offense was August 05, 2010, And The Department of Judicial marshall Fail To Train Employee's properly, According To The Information Furnished In This complaint;

In Addition To The 8th listed civil suit on The 8 numbered list of civil suit, violation Event's [ There Are 2 Defendant In The Event ] There is yale university school of medicine LAW And psychiatry Division, And There is They're Doctor OGurdipe of They're office of court Evaluation's. They were obligated to check public Record's, And Information Available to Them, like Hospital's And They're Doctor's Do, And correct The undersigned understanding of The Judicial Branch Pending case Detail which was falsified, They were obligated To Find The Error, False Information Before conducting The connecticut General Statute's section 54-56(D), competency Evaluation That was given To Them By newhaven low court on Elm street To Conduct. The public information caused the undersigned to develop A misunderstanding, The public Record indicated that the undersigned was represented By public Defender sherwood which was FALSE, yale And They're Doctor was obligated To check it And correct The undersigned understanding like A Hospital would Before conducting The Evaluation or operation so that They can properly Examine And Evaluate The undersigned True official competent capacity, By not correcting The undersigned understanding The undersigned made Error's Response's And on June 27, 2011, yale charged That Because of His Delusion Against His Attorney They recommend That The newhaven low court Find The undersigned Incompetent To stand Trial. The illegal Recommendation caused The undersigned To Be sent To whiting Forensic where He suffered The Related Information Furnished In This complaint;

The 9th civil suit To Enter Here In Addition is; CLIFTON POWELL V. The United State's District court, [ There Are 1 Defendant In This Event ] There's only The United State's District court, The District court Lack proper service And Resource And Fail To Train Employee's properly Because of They're Judge Alvin w. Thompson who was Assigned To A suit Filed By The undersigned Bearing Docket number 3:10-CV-1397, Against The United State's District court. Thompson Sould not under-go proper Review or Entertain The Inter Episode of The undersigned motion For Relief From Judgment, Thompson Denied, the motion on February 07, 2012. The undersigned Represented That He made A mistake And misrepresented His complaint, That He Titled His suit wrong Under section 1983, For Defendant Acting under color of Federal Law. The Federal Rule's of civil procedure, Rule 60(B), Under which The motion was Filed Allows A party such As The undersigned To obtain Relief From Judgment Even if After An Appeal Has Been Docketed In The Appellate court with leave of The Appellate court, A motion For Extension of Time To File The motion For Relief was Granted Giving The court Jurisdiction And Authority To Grant said motion, not only is it Descrimination But it Also Deprive The undersigned of His Right To proper Professional service, Thompson just Indicated That The case was CLOSED, Rather Than To uphold The undersigned Right To Equal protection of The law's where professional malpractice is Found

21.

Turn over ⟶

[ Statement of Fact's, continued ]

The 10th civil suit to enter is Clifton Powell V. the United State's district court, [there is only 1, defendant in this civil suit] there is only the district court who in this case lack proper professional resource and service and fail to train employee's properly because of they're Judge Robert N. Chatigny, on September 12, 2012, Chatigny denied a motion filed by the undersigned which is the date which caused the damage in this complaint. The motion was a motion for relief from judgment, filed under the Federal Rule's of civil procedure, Rule 60, which allow and entitle the undersigned to proper professional service and review and consideration, and allow and entitle him to relief to be given relief from the operation of the judgment. Chatigny would not properly consider servicing the undersigned on behalf of the motion and don't seem to know relief from judgment can be awarded, Chatigny recently indicated that it cant be done once it has been decided, which is wrong and violate federal law. Even if an appeal has been docketed, at the appellate court relief may be awarded with leave of the appellate court. According to the federal rule. By Chatigny not properly servicing the motion the district court lack proper professional resource and service, he should have a resource that will tell him how to properly service the motion. The court also fail to train employee's properly due to the above.

The 11th civil suit to enter is Clifton Powell V. the Department of mental health connecticut valley Hospital whiting forensic division, et.al. [this suit contain 3 defendant] there's whiting forensic, and they're doctor Alexandre Carre, and forensic social worker Sarah whiting, by doctor Alexandre Carre allowed the U.S. office of federal marshall to call and fully investigate, communicate fully investigating the undersigned without authorization for the release of information which is illegal, the hospital by doctor Carre monitored the undersigned outgoing mail on behalf of the illegal investigation fully communicating all the information to this avail, the federal marshall asked the hospital by they're doctor Carre to illegally monitor the mail, Carre monitored the mail from then untill november 22, 2011, the day after the call doctor Carre allowed the federal marshall to illegally fax a letter with information on the undersigned, along with an affidavit to the treating psychiatrist doctor Carre without authorization for the release of information, in violation of federal law.
Forensic social worker Leding Ham descriminated violating federal law on november 22, 2011, she was suppose to make the undersigned discharge plan out scheduling follow up in society like all other patient's who were going to court after a recommendation that the patient be found competent was planned, unless there is something in writing or listing's indicating that the patient will be going to jail, the department of correction's, the purpose is to prepare the patient in case the court release. A patient. Leding Ham scheduled the undersigned follow up for the department of correction without anything in writing indicating that the undersigned would be sent to the department of correction, which violate federal law. The undersigned was sent to the hospital for competency restoration. Due to all the above the department of mental health fail to train employee's properly.

22.

The 12th civil suit is Clifton Powell v. Water Bury City Police Department, et al. There is 5, defendant in this civil suit there is the Police Department listed above, there's the chief of police, there's the office of the chief of police, there's Internal Affair's officer John Doe, and there's the Internal Affair's Division.

The undersigned put his complaint into the hand's of the chief of police, in Water Bury, complaint's are submitted and is sought to be sent to the chief mentioned above, and the undersigned complaint was not properly considered investigated or serviced, which subject each of the 5, defendant mentioned to being convicted in violation of federal law. The above conclude the chief and his office, the Internal Affair's Division and the Internal Affair's officer John Doe, would not properly consider or service my complaint nor sanction or discipline the officer name D'Amato who I had complained about, the Internal Affair's officer mentioned that the subject went through court, in a civil suit but refuse to properly service the complaint. The complaint was against officer D'Amato who confessed and the confession was placed in the court record which is public on docket 31, exhibit G, page 2, number 3 question and answer. D'Amato confessed his reason as to why he filed action on the undersigned Cadillac on October 01, 2004, the filing was illegal and not only violate federal law but is also a crime because the filing cause the undersigned Cadillac to be destroyed. To destroy any body property is a crime. Due to whats written the Police Department mentioned is fail to train employee's properly. The court record is public so the Internal Affair's officer should have found the confession mentioned and properly serviced the complaint. The district court judgment went in favor of the defendant, officer D'Amato because the undersigned was misrepresented, the attorney's never showed the jury the confession. The Internal Affair's Division was obligated to properly check the federal docket and see that the officer D'Amato fully confessed and is guilty of civil and criminal violation(s).

As to the list of civil suit, this is just a general count of the damage that weighed in, most suit mentioned were never filed and may never file but is still the ton of weight entitled to in damage, the list is to show the damage, the capacity, and value

23.

Turn over ⟶

Being In Jail During the month of May And June 2011, Plaintiff was caused by those mentioned, in this intire complaint to become so low tolerance while weighing the toll damage that he threaten a Rockville superior court clerk at the time of such it seem as if when the undersigned violate he had to pay, and seem like when they all violate it did not seem as if they had to pay, it caused the undersigned to be charged, and convicted for threatening, the undersigned was sentenced on August 21, 2013, he was sentenced to 5 year's suspended After 18 month's with 2 year's probation for the threatening.


on behalf of each of the 12 numbered civil suit they multiply starting with the 1st mentioned civil suit it double because after trial it hospitalized the undersigned weighing the whole civil suit in damage which then cause the suit to double. Then the next suit that come in violation pays that toll also because that's how much damage, weight, and pain especially when the weight and condition become such that the undersigned to explode weighing the pressure cause the undersigned to explode weighing the whole fraight, mental difficulty and malformation damage experienced, causing the need of treatment, or even just causing of mental difficulty, coastitute the same in the episode's as pressure weighing the toll of the 12 list of suit punitive, damage undersigned to explode as he did when he threatened the court clerk as mentioned above

The first listed civil suit on the list of 12 suit was for $53,000,932.73, the suit double due to the fact that the undersigned was hospitalized as mentioned above, and because he was fully entitle to the judgment bearing the confession mentioned. the double multiply each time mental damage is caused and each time damage other wise is caused, which will be mentioned up ahead. However the hospitalization mentioned double the 1st of the 12 listed suit and each double after that with the same respect as what was mentioned as follow's:

The first suit weigh 2 civil suit, the second one weigh 2 civil suit because that's how many weighed in at the time of the violation, the 3rd suit count 4 suit make 8 which is the weight that weighed in at the time of that violation, the 5 th the double into 16 suit because the first and second count 2 each the 3rd count 4 and the 4th count 8 and added up count 16, the same fashion go's all the way the 6th suit count 32 because the first and second one count 2 each the 3rd one count 4 the 4th one count 8 the 5th one count 16 and they added together count 32, and in the same fashion all the way thru, the 7th suit listed total 64, the 8th suit total 128, $53,000,932.73 civil lawsuit's, the 9th one total 256, the 10th one count 512, the 11th one count 1024 civil suit, and the last one the 12th listed civil suit count 2048, $53,000,932.73 civil law suit

The toll each individual owe and, subject to pay seperately especially and officially once the undersigned explode from the pressure bearing the weight of the toll causing him to eventfully threaten the Rockville superior court clerk and get sentenced to the term listed above
All together there are 34 defendant and each pay 2048 civil suit which together total 69632  $53,000,932.73 civil law suit

24.

[ STATEMENT OF FACT'S, continued ]

THE 69632 #53.000.932.73 CIVIL LAWSUIT MULTIPLY INTO CRITICAL DOUBLE'S SIMULTANEOUSLY, IT DOUBLE or MULTIPLY 1 TIME FOR EACH CHARGE ALLEGED, ON BEHALF OF THIS INITIAL COMPLAINT, THE CHARGE'S ARE CHARGE'S CONVICTION TO GAIN THE TOLL, IT ONLY TAKE ONE CHARGE'S CONVICTION TO GAIN THE TOLL

THEN EACH OF THE 12 LISTED SUIT, CHARGE'S WHICH I LIST UP AHEAD, MULTIPLY SIMULTANEOUSLY EACH OF THE INDIVIDUAL 69632 SUIT MULTIPLY    EACH DEFENDANT OF THE 33 WILL SUBJECT TO PAY or OWE A LIST OF CHARGE'S AS NUMBERED IN THIS INITIAL COMPLAINT CLAIM SECTION, EACH OF THE 33 DEFENDANT WILL OWE or PAY THE TOLL OF CHARGE'S EACH, SEPERATELY, THEN IT'S TOTAL WILL MULTIPLY FOR THE REASON [S] AS SET FORTH BELOW.

EACH EPISODE AND EACH INTER EPISODE OF MENTAL DIFFICULTY EXPERIENCED WHILE THE TOLL OF CIVIL SUIT VIOLATION DAMAGE, INJURY WEIGHED IN    , or ANY CRIME COMMITTED WHILE THE TOLL OF CIVIL SUIT VIOLATION INJURY DAMAGE, AND PRESSURE WEIGHED IN, MULTIPLY THE COMPLETE TOLL AT THE END.   THE COUNT SHALL COUNT 1 TIME FOR EACH TIME AN EPISODE, INTER EPISODE, or CRIMINAL CHARGE WAS COMMITTED, WHILE WEIGHING THE TOLL, FRAIGHT OF DAMAGE.
ANY TIME THE UNDERSIGNED SUFFER DAMAGE 1 COUNT OF THE FRAIGHT TOTAL IS OWED.

SCAN THIS ON YOUR COMPUTER AND ASK [ E ANSWER.COM / LAW ], AND THEY WILL CONFIRM

THE 69632 CIVIL SUIT INCREASE 10 TIME'S IT COUNT 10 TIME'S BECAUSE THERE IS 10 CHARGE'S LISTED IN THE CLAIM 1 SECTION,

THE 69632 SUIT WILL INCREASE 10 TIME'S FOR EACH VIOLATION EPISODE LISTED IN THE STATEMENT OF FACT'S, SUPPORTING FACT'S, AND EACH OF THE 12 LISTED NUMBERED SUIT ALSO EACH MULTIPLY THE SAME FOR EACH VIOLATION EPISODE IN THE STATEMENT OF FACT'S or SUPPORTING FACT'S. STARTING WITH THIS INITIAL CIVIL ACTION:

THE FOLLOWING WILL BE AN <A>, SECTION

1. BECAUSE THE UNITED STATE'S OFFICE OF FEDERAL MARSHALL CALLED THE DEPARTMENT OF MENTAL HEALTH AND FULLY INVESTIGATED THE UNDERSIGNED WHILE HE WAS A PATIENT WITH OUT AUTHORIZATION FOR THE RELEASE OF INFORMATION, THEY VIOLATE FEDERAL LAW BECAUSE WITHOUT AUTHORIZATION THEY COULD NOT COMMUNICATE THE INFORMATION, LIKE PROFESSIONAL'S THEY HAVE TO GET THE PATIENT'S SIGNATURE, WHERE PROFESSIONAL MAL PRACTICE IS FOUND, IT HANG THEY'RE CONVICTION BEARING THE 10 or 11 CHARGE'S LISTED IN CLAIM 1 SECTION WHICH COUNT THE FIRST TEN 69632 CIVIL SUIT, WHEN MULTIPLIED BRING THE TOTAL TO 696320

25.                              TURN OVER ———>

[ STATEMENT OF FACT'S, CONTINUED ]

2. BECAUSE THE UNITED STATE'S OFFICE OF FEDERAL MARSHALL HAD THE DEPARTMENT OF MENTAL HEALTH WHITING FORENSIC DIVISION ILLEGALLY MONITOR THE UNDERSIGNED OUTGOING MAIL WHILE THE UNDERSIGNED WAS A PATIENT WITHOUT AUTHORIZATION FOR THE RELEASE OF INFORMATION, IN ORDER TO COMMUNICATE THE MONITORING WHICH VIOLATE FEDERAL LAW. THE ABOVE BRING THE SUIT TOTAL TO 6763200 $53.000.932.73 CIVIL LAW SUIT, FEDERAL MARSHALL JOHN DOE ALSO PAY TO A 69632 SUIT, MAKING THE TOTAL 69632060 CIVIL SUIT;

NEXT STARTING WITH THE FIRST OF THE 12 NUMBERED LIST OF CIVIL SUIT IN THE SAME FASHION CONTINUING SHALL LIST AS FOLLOW'S, HOWEVER

THE FIRST LISTED SUIT CONTAIN THE FOLLOWING VIOLATION EPISODE

1. THE DEFENDANT OF THE FIRST LISTED SUIT ON THE 12 NUMBERED LIST OF CIVIL SUIT FILED ACTION OF THE UNDERSIGNED CARDINAL ILLEGALLY WHICH VIOLATE FEDERAL LAW. THE AMOUNT TOTAL ABOVE MULTIPLY ADDING 1 ADDITION FOR EACH CHARGE, THESE ARE THE CHARGE'S THAT THE FIRST NUMBERED DEFENDANT OF THE LIST OF 12 SUIT ARE GUILTY OF:

LACK OF PROPER SERVICE, DEFECTIVE RESOURCE ONE THAT WOULD TELL THEM IT'S ILLEGAL, CAUSING WRONG FULL INCARCERATION, LACK OF PROPER RESOURCE, DELIBERATE INDIFFERENCE, DEFECTIVE SERVICE, NEGLIGENCE, AND PROFESSIONAL MALPRACTICE WHICH FOR 8 TIMES BRING THE TOTAL TO 7320256 CIVIL LAW SUIT;

THERE ARE 2 DEFENDANT IN THE FIRST OF THE 12 NUMBERED CIVIL SUIT AND BOTH GET CHARGED WITH EACH CHARGE ABOVE SEPERATELY, ONE OF THE CHARGE'S IS REDUCED FROM THE COUNT 2 AT THE VERY BEGINNING IT ONLY TAKE ONE CHARGE WHICH IS A VIOLATION OF FEDERAL LAW TO BECOME SUCCESSIVE IN A SUIT. THE POLICE DEPARTMENT FAIL TO TRAIN EMPLOYEE'S PROPERLY, IS THE ONE CHARGE TO CONSIDER REDUCED, SO THE TOTAL BECOME 7677312

THE 69632 HAS ALWAY'S COUNT 1 TIME FOR EACH CHARGE AND ONLY COUNT 1 TIME FOR EACH CHARGE, THE LARGE AMOUNT DON'T DOUBLE, EACH CHARGE ONLY COUNT 69632 FROM THE TIME THAT BECAME THE AMOUNT

AT THE VERY END OF THE COUNT THAT GRAND TOTAL MULTIPLY 2 TIME'S BECAUSE THERE WAS 2 DEFENDANT IN THE FIRST OF THE 12 NUMBERED SUIT AND EACH DEFENDANT PAY A DOUBLE FOR THE EVENT AND HOSPITALIZATION WEIGHING THE WHOLE CASE IN DAMAGE, EACH DEFENDANT PAY THAT DOUBLE SEPERATELY, THEN IT MULTIPLY AS DEMONSTRATED AMONG THE OTHER NUMBERED SUIT. EACH OF THE 2 INITIAL DEFENDANT OF THE FIRST NUMBERED SUIT PAY A DOUBLE, ONLY ONE DOUBLE WAS USED TO BEGAN THE VERY START, IN THE END THE SECOND DOUBLE INITIALLY DOUBLE 2 TIME'S ACCORDINGLY;

26.

[ Statement of fact's, Continued ]

The second listed suit on the list of 12 civil suit contain the following violation Episode's

1. The law office and each of the two attorney's was given a confession in the case as mentioned, the law office and each attorney was obligated to file for judgment after review of the case once they were given the suit

2. The law office and each of the two lawyer's were obligated to present the confession to the jury at trial and obtain the judgment

3. The united state's district court were given 2 motion's for summary judgment during the course of the case. And each was entitle due to the confession, each was denied which subject the court to be sued

4. The united state's district court at trial was obligated to instruct the jury to find the defendant guilty bearing the confession on the record.

The following is the charge's that each of the defendant of the second listed suit on the list of 12 suit are guilty of:

Lack of proper service, defective resource, causing wrongful incarceration, negligence, lack proper resource, legal malpractice, deliberate indifference, defective service, and professional malpractice, which total 8 charge's and bring the count being that there's 9105536 civil lawsuit. 4 defendant the count is now added 2 time's because the united state's district court, and the law office of Rome and McGuigan each fail to train employee's properly, which now total 9244800 civil suit;

As to the 6st listed suit on the list of 12 civil suit contain the following violation Episode's

1. The Whiting Forensic Division of Connecticut Valley Hospital and they're doctor Alexandre Carre, by doctor Alexandre Carre falsified information in medical treatment plan record's each month from June 27, 2011, thru November 22, 2011, indicating that the undersigned 3rd, which criminal charge's were 3 count[s] of assault, was false, each month constitute a seperate violation Episode, and it only take 1 to violate Federal Law.

2. The hospital listed above and the doctor listed with it, by the doctor further falsified information in the same treatment plan record's each month mentioned from June 27, 2011, thru November 22, 2011, which is 5 month's, doctor Carre indicated that the undersigned was hospitalized from November 02, 2010, thru January 18, 2011, which is not true and violate Federal Law, each month that the falsified the information constitute a seperate violation Episode

27

Turn over ⟶

[Statement of Fact's, continued]

3. Whiting Forensic Division of Connecticut Valley Hospital and they're Forensic unit Doctor Alexandre Caffe, by Forensic unit Doctor Alexandre Caffe violated Federal Law 3 different time's, when Caffe misspelled information in the Integrated Treatment Plan's dated July 05, 2011, and on July 21, 2011, and on August 02, 2011, each date constitute a seperate violation episode.

4. Whiting Forensic Division of Connecticut Valley Hospital, and Whiting Forensic unit manager Ninnette Rawlinitis by the Forensic unit manager violated Federal Law when Rawlinitis serviced and signed as attending each of the 3 Integrated Treatment Plan's mentioned above, Whiting Forensic and unit manager Rawlinitis, by unit manager Rawlinitis was obligated to be professional and make sure the information was properly spelled before signing, where professional mal practice is found each of the 3 Treatment Plan Document's constitute a seperate violation episode.

The following is a list of charge's that the Defendant's of the 3rd listed suit on the list of 12 suit, are guilty of:

Lack of proper service, Defective Resource, causing wrongful Incarceration, negligence, Lack of proper Resource, medical mal practice, Deliberate Indiffrence, Defective service, and professional mal practice.

Each violation Episode numbered 1 thru 4, Previously, contain 2 Defendant each which make 8 to count 9 Federal Law violation's which bring the count from 9244800 suit to 10742646

Plus on behalf of each of the 4 violation Episode's Previously mentioned the Department of mental Health Whiting Forensic Division fail to train Employee's properly which is also a Charge and violate Federal Law, so for each violation Episode, which is 4 Add 69632 civil suit and 4 time's is 10921174 civil suit;

As to the 4th listed civil suit on the 12 numbered list of civil suit, it contain the following violation Episode [s]:

1. The Department of Public Safety was obligated to properly develop a sex offender Registry and they lack proper postage on the Envelope, they obligate Recipient's to return the form within 10 day's every 90 day's, but when they send the form the Envelope that they send with it lack Postage, and they indicate that the only way Registration can be accomplished is by mail. Whic violate Federal Law causing the undersigned at the End of the month to be unable to Register and further cause wrongful Incarceration as a result

[ Statement of Fact's, continued ]

2. The sex offender Registry As An Agency Lack Proper Service And Resource, A Resource That would Tell Them That some Recipient's may not Be Able To Access The sex offender Registry, And That They Have not made The Registry Available Due To Lack of proper Postage As mentioned In This complaint, And That They Are obligated To make it Available or it may not Exhist where professional mal practice is Found,

3. Waterbury city Police Department Detective Bureau Filed For A warrant on The under signed charging That The undersigned Fail To Register, Which violate Federal Law Because The undersigned was not Given Access At Time's when He Had no Fund's, The Detective Bureau Lack proper Resource, one That would Tell Them That it is Illegal To File For A warrant Because The under signed was not Given proper postage Which is Access, it's The same As Them not sending Him A Form To Register

4. waterbury city Police Department Fail To Train Employee's properly Due To The Above Which is They're Detective Bureau, And They Lack proper Resource.

The Following is The List of Federal Violation's, Charge's That Each of The Defendant of The 4th Listed suit on The List of 12 numbered suit was To Be convicted of:

Lack of proper service, Defective Resource, Causing wrongful Incarceration, negligence, Defective Service, Lack of proper Resource, Deliberate Indiffrence, And professional malpractice.

These 8 violation's of Federal Law, one Time For Each of The 4 Defendant counting 69632 For Each charge Bring The Total To 12349278 civil law suit;

As To The 5th List suit on The 12 numbered List of civil suit it contain The Following Violation Episode [s]:

1. waterbury Adult probation Department, And They're chief probation officer chuck shidler, By chief probation officer chuck shidler violated Federal law when The under signed Told shidler That He was Doing Drug's, shidler who was Then Like A Doctor who was obligated To Get The undersigned An In or out patient Drug program Treatment, Which shidler Did not where professional mal practice is Found, The undersigned probation was Violated As A Result.

The Following is A List of The charge's That shidler And The probation Department is Guilty of

Lack of proper service, Defective Resource, Causing wrongful Incarceration, negligence, Lack of proper Resource, Defective Service, Deliberate Indiffrence, And professional malpractice.

These 8 charge's 1 Time Against Each of The 2, when Adding 69632 The 16 Time's Added To The Total 12488562 civil law suit; Also The Department Fail To Train Employee's properly, 1 more charge Bring The Total To 12558194;

Turn over ⟶

29

[STATEMENT OF FACT's, continued]

AS TO THE 3rd LISTED CIVIL SUIT ON THE LIST OF 12 NUMBERED CIVIL SUIT, IT CONTAIN THE FOLLOWING VIOLATION EPISODE, [S]

1. THE DEPARTMENT OF MENTAL HEALTH CONNECTICUT VALLEY HOSPITAL WHITING FORENSIC DIVISION, AND DOCTOR ALEXANDRE CARRE, BY DOCTOR ALEXANDRE CARRE ALLOWED THE OFFICE OF FEDERAL MARSHALL AT 450 MAIN STREET, HARTFORD, CT 06106, TO ILLEGALLY CALL THE HOSPITAL WHILE THE UNDERSIGNED WAS A PATIENT ON AUGUST 30, 2011, AND FULLY INVESTIGATE THE UNDERSIGNED WITHOUT AUTHORIZATION FOR THE RELEASE OF INFORMATION

2. THE WHITING FORENSIC DIVISION MENTIONED ABOVE, AND THEY'RE DOCTOR MENTIONED ABOVE, EACH OF WHO IS LOCATED AT 70 O'BRIEN DRIVE, MIDDLETOWN, CT 06470, ALLOWED THE FEDERAL MARSHALL MENTIONED ABOVE TO FAX A LETTER TO THE DOCTOR MENTIONED ABOVE AND AN AFFIDAVIT, THE DAY AFTER THE ILLEGAL PHONE CALL INVESTIGATION MENTIONED ABOVE, THE LETTER WAS ABOUT THE UNDERSIGNED AND THE AFFIDAVIT WAS ONE THAT THE UNDERSIGNED SENT TO THE COURT, THE FAXING WAS ILLEGAL BECAUSE THEY WERE NOT GIVEN AUTHORIZATION FOR THE RELEASE OF INFORMATION

3. THE FORENSIC DIVISION MENTIONED ABOVE AND THEY'RE DOCTOR MENTIONED ABOVE ILLEGALLY MONITORED THE UNDERSIGNED MAIL ON BEHALF AND AS A RESULT TO THE ILLEGAL PHONE INVESTIGATION THE FEDERAL MARSHALL ASKED THEM TO DO SO DURING THE ILLEGAL CALL MENTIONED ABOVE AND THE DIVISION AND THEY'RE DOCTOR CARRE MONITORED THE MAIL FROM AUGUST 30, 2011, THRU NOVEMBER 22, 2011, WITHOUT , AUTHORIZATION FOR THE RELEASE OF INFORMATION WHICH MAKE IT ALL ILLEGAL

4. THE WHITING FORENSIC DIVISION MENTIONED ABOVE AND THEY'RE SOCIAL WORKER SARAH LEDINGHAM, BY SOCIAL WORKER LEDINGHAM DESCRIMINATED ON NOVEMBER 22, 2011, AND VIOLATED FEDERAL LAW WHEN SHE SCHEDULED THE UNDERSIGNED DISCHARGE PLAN FOLLOW UP TREATMENT TO BE DONE AT THE DEPARTMENT OF CORRECTION, AND IT VIOLATE FEDERAL LAW BECAUSE IT WAS OBLIGATED TO BE DONE IN SOCIETY, UNLESS SHE HAD INDICATION IN WRITING INDICATING THAT I THE UNDERSIGNED WAS GOING TO BE SENT TO THE DEPARTMENT OF CORRECTION'S BY THE COURT, WHICH SHE DID NOT, DISCHARGE PLAN'S ARE TO BE SCHEDULED FOR SOCIETY IN CASE THE JUDGE RELEASE A PATIENT, WHERE DESCRIMINATION IS FOUND.

THE FOLLOWING IS A LIST OF FEDERAL VIOLATION CHARGE'S THAT EACH DEFENDANT LISTED IN THE 3rd SUIT OF THE LIST OF 12 CIVIL SUIT'S GUILTY OF:
LACK OF PROPER SERVICE, DEFECTIVE RESOURCE, CAUSING WRONGFUL INCARCERATION, NEGLIGENCE, DEFECTIVE SERVICE, LACK OF PROPER RESOURCE, DELIBERATE INDIFFERENCE, PROFESSIONAL MALPRACTICE, AND MEDICAL MALPRACTICE.

AND SO THERE ARE 9 CHARGE'S ADDING 8 TIME'S WHICH IS FOR EACH DEFENDANT LISTED ABOVE, 69632 NINE TIME'S AND THEN 8 TIME'S IT, WHEN ADDING TO THE TOTAL ALREADY CALCULATED, IT COUNT 15281688 CIVIL LAW SUIT, PLUS IN EACH OF THE 4 VIOLATION EPISODE'S A CHARGE GO AGAINST THE FORENSIC HOSPITAL MENTIONED IN EACH EVENT WHICH IS 4, BECAUSE THEY FAIL TO TRAIN EMPLOYEE'S PROPERLY, SO FOUR TIME'S 69632 THEN ADDED TO THE TOTAL COUNT 15460216 CIVIL SUIT

30.

[ Statement of Fact's, continued ]

The 7th listed suit on the 12 numbered list of civil suit contain the following Violation Episode's :

1. The Judicial marshall Department, and they're Judicial marshall officer Kennedy, each of 121 Elm Street, newHaven, CT 06510, by Judicial marshall officer Kennedy, violated Federal Law on August 05, 2010, Kennedy allegedly heard the undersigned throw a chair while being at the Low court in newHaven, Kennedy went into the cell where the undersigned was and let the undersigned assault him, Kennedy was obligated to use a shield and/or mace which he did have, to protect the right's of the undersigned, when used properly it would have prevented the undersigned from being charged and convicted of assault, which he was on February 14, 2012. The above is considered professional malpractice

2. The Judicial marshall Department mentioned above, and they're Judicial marshall John Doe, by Judicial officer John Doe violated Federal Law on August 05, 2010, John Doe heard the undersigned throw a chair, allegedly, while at the newHaven Low court, John Doe then went into the holding cell where the undersigned threw the chair and let the undersigned assault him, he was obligated to use mace and/or a shield, and did not after hearing the chair being thrown where professional malpractice is found, the above name defendant's by John Doe filed a warrant on the undersigned for assault and the undersigned was sentenced to at least 2½ year's in jail as of a result.

The following is a list of charge's which violate Federal Law that the 7th listed suit on the list of 12 numbered suit are guilty of :

Lack of proper service, Defective Resource, Causing wrongful Incarceration, negligence, Lack of proper Resource, Deliberate Indifference, Defective service, and Professional malpractice.

Each of the above 2 Violation Episode's count 2 Defendant each which total 4, and there's 8 charge's, so adding 4 time's that to the 69632 for each charge 8 time's then 16888440 Civil Lawsuit Total already calculated count 16888440 so it's 17027304 And each of the 2 Episode's the Department Fail to train Employee's properly

The 8th listed suit on the 12 numbered list of civil suit contain the following Violation Episode's :

1. Yale university school of medicine Law and psychiatry Division, and they're Doctor oGundipe at 32 Park Street, newHaven, CT 06519, by Doctor oGundipe violated Federal Law when she conducted the Connecticut General Statute's section 54.56 <D>, competency Evaluation and did not correct public Record listing that was falsified, it should have used proper information that could be used to the Responses when the undersigned was questioned during the Evaluation, the Evaluation was based on the information that should have been listed on the public Record, and because the Record was public it obligate the above 2 Defendant to check the Available Record's like a Hospital and correct it. Yale and Doctor oGundipe was also obligated to correct the undersigned understanding and they did not and the false listing caused the undersigned to develop a delusion which caused the 2 Defendant to recommend that the undersigned be found Incompetent on June 27, 2011, because of his delusion

Turn over ⟶

31.

[STATEMENT OF FACT'S, continued]

The following is a list of charge's of which the defendant is of the 8th listed suit on the 8 numbered list of suit's guilty of:

Lack of proper service, defective resource, negligence, lack of proper resource, deliberate indifference, defective service, causing wrongful incarceration, and professional malpractice.

Since there is two defendant in the 8th listed suit mentioned above and there's 8 violation of federal law counting 69632 to the amount 16 time's total 1774 1816 civil lawsuit;

As to the 9th listed civil law suit, it contain the following violation episode

1. The united state's district court, judicial officer Alvin W. Thompson of 450 main street, Hartford, CT 06106, subject the district court to be sued, when he denied a motion by the undersigned, the motion was title motion for relief from judgment, pursuant to the federal rule's of civil procedure, Rule 60, (B). Thompson denied the motion on February 07, 2012, in violation of the undersigned right to proper review and proper service when he denied the motion indicating that the case is or was close, Thompson would not further review, or elaborate any further, the motion under the rule mentioned above, allow's a party or it's legal representative to gain relief from a final judgment, order, or a final proceeding if the motion is filed within 1 year after the entry of the judgment or order, or the proceeding, if timing was an issue Thompson was obligated to indicate, the order denying the motion violate the undersigned right's to proper review and proper service, Thompson was obligated to further review the motion and grant the motion or give a complete reason as to why the motion was being denied, just because the case is close is not a valid reason and violate the undersigned right to proper service. It was the case of Clifton Powell V. united state's district court, etal.
Civil docket number 3:10-cv-1397.,

The following is list of charge's of which the united state's district court, which is the 9th listed defendant, is guilty of:

The district court because of they're judicial officer get sued for lack of proper service, defective resource, negligence, lack of proper resource, deliberate indifference, defective service, causing wrongful incarceration, causing legal malpractice, and professional malpractice, and the court fail to train employee's properly.
There's only 1 defendant and 10 charge's so 69632 added to the total listed above 10 time's total 184 281 36 civil law suit;

32.

[ Statement of Fact's, continued ]

The 10th Civil Suit contain the following violation Episode

1. The united state's District court is Being sued Because of they're Judicial officer Robert N. Chatigny, He cause the District To Lack proper resource which is him, He was assign To The case of Clifton powell V. waterbury city police Department, etal.  civil case docket number 3:04-cv-1973. on september 12, 2012, The united state's District court By Judicial officer Chatigny Violated Federal Law when Chatigny Denied a motion Filed By the undersigned, The motion was a Titled motion For Relief From Judgment, pursuant To The Federal Rule's of civil procedure, Rule 60. Chatigny Denied the motion on the above Date, without indicating if or not There was a clerical mistake and without under going Review of the motion properly To discover if There was a clerical mistake To Be corrected, Chatigny Just indicated That The case is or was close when He Denied The motion, which is not a sufficient reason To Denie Review or proper service, such as Elaborating Further He was obligated To Elaborate Further, The Rule mentioned above, Allow the court To Grant a party or it's Legal Representative Relief From Judgement, and correct a clerical mistake at any time Even if the case is close, But when it's pending after Being Docketed in The appellate court the mistake may Be corrected only with leave of the appellate court, so even after the case Has Been close and Even pending in the appellate court clerical mistake's under The Rule mentioned above which the undersigned Filed His motion under may Be corrected. The Rule also indicate that not only a clerical mistake a mistake. The Rule say a clerical mistake or a mistake. The undersigned fully Demonstrated That The Defendant of The suit fully confess To violating the undersigned Right's By illegally, Filing an attack on the undersigned cadillac, and Judgment was Entered in Favor of The Defendant which was a mistake, and the suit was Filed charging That The Defendant Did what He confess To Doing, The confession was on The Record, and 2 motion's For summary Judgment were Filed seeking Judgment Based on The confession, They were Denied which is Found To Be a mistake;

The Following is The charge's That The 10th civil suit Defendant is Being sued For

Lack of proper service, Defective Resource, causing wrongful incarceration, negligence, Deliberate indiffrence, Defective service, Lack of proper Resource, causing Legal mal practice, professional mal practice, and The District court Fail To Train Employee's properly.

There is only 1 Defendant and 10 charge's so adding 696.32 To The Total 10 Time's count 19,344.56 civil Law suit;

33.

Turn over ⟶

[ Statement of Fact's, continued ]

The 11th Law Suit contain the following violation of Episode's [each below is located at 255 East Main St, Water Bury, CT 06702]

1. Water Bury City Police Department Chief of Police has complaint that are filed to come addressed to his office and when Plaintiff did it was mishandled therefore violating Federal Law where lack of proper service and resource is found, He was obligated to properly develop prevention of violation caused as mentioned

2. The Water Bury City Police Department it self violate Federal Law because they were obligated to train Employee's properly, not doing so cause they're Employee's to violate as reported in this complaint they was obligated to properly put together these other parts of the Agency

3. The office of the Chief of Police violate Federal Law in this case because it also was obligated to contain proper development which would have allowed the complaint sent by the Plaintiff properly conducted and serviced

4. The Internal Affair's officer John Doe violated Federal Law when he concluded the complaint that the Plaintiff submitted as reported in this complaint without checking public court record's to discover that the person officer D'Amato confessed to committing a violation of Federal and criminal law, John Doe also violated Federal Law when he would not further service the complaint in question as he concluded the complaint illegally

5. The Internal Affair's Division violated Federal Law by letting the complaint be violated once they were provided with it once it was sent to the Police Department, Chief of Police, Internal Affairs Division as mentioned in this complaint.

The following is a list of Federal Law Violation, Charge's which each of the above defendant shall be sued for:

Lack of Proper service, Defective Resource, negligence, Deliberate indifference, Defective service, Lack of Proper Resource, And Professional malpractice.

There are 5 defendant in the 11th suit and each get charged the 7 Federal Law violation's seperately so 69632 seven time's then 5 time's that total added to 1913 44 56 civil suit count 21071576 civil law suit.

Plus 1 additional charge against the Water Bury City Police Department they fail to train Employee's properly which is a charge, And it count 1 time for each of the other 4 defendant listed above as numbered <1>, <3> <4> And <5>, so adding 69632 to the total 4 time's count 21250104 civil lawsuit Internal Affair's Also fail to train they're officer John Doe Properly so 69632 one more time count 21319736 suit calculated total;

34.

[Statement of Fact's, continued]

THE FOLLOWING SUIT IS SEPERATE FROM THE OTHER SUIT INVOLVING THESE SAME 5 DEFENDANT IT'S JUST THAT THEY EXHIBIT THE SAME VIOLATION TWO DIFFERENT TIME'S I SENT A COMPLAINT ABOUT THE SAME ISSUE TWICE. THE 12 TH SUIT CONTAIN THE FOLLOWING VIOLATION EPISODE[S], THESE DEFENDANT ARE LOCATED AT 255 EAST MAIN STREET, WATERBURY, CT 06702.

1. WATERBURY CITY POLICE DEPARTMENT IT SELF VIOLATE FEDERAL LAW IN THIS CASE BECAUSE THEY WAS OBLIGATED TO PROPERLY PUT TOGETHER THE OTHER PART'S OF THE AGENCY SUCH AS THOSE INDIVIDUALS, OFFICE'S, AND DIVISION'S LISTED BELOW RATHER THAN TO HAVE THEM VIOLATING THE PLAINTIFF RIGHT'S AS MENTIONED

2. WATER BURY CITY POLICE DEPARTMENT CHIEF OF POLICE VIOLATED FEDERAL LAW IN THIS CASE BECAUSE THEY HAVE THE COMPLAINT THAT ARE FURNISHED TO THE DEPARTMENT SENT TO HIS OFFICE AND WHEN PLAINTIFF DID SEND THE COMPLAINT IT WAS MISHANDLED, VIOLATED, AND DESCRIMINATED AGAINST

3. THE OFFICE OF THE CHIEF OF POLICE LISTED ABOVE VIOLATE FEDERAL LAW IN THIS CASE BECAUSE AGAIN IT WAS OBLIGATED TO CONTAIN PROPER DEVELOPMENT WHICH WOULD HAVE GAVE OTHER'S THE ABILITY TO PROPERLY SERVICE THE COMPLAINT MENTIONED IN THIS EVENT

4. THE INTERNAL AFFAIR'S OFFICER JOHN DOE VIOLATED FEDERAL LAW A SECOND TIME AS HE OR ANOTHER WHEN HE CONCLUDED THE COMPLAINT TO DISCOVER THAT THE HAS DONE WITHOUT CHECKING PUBLIC RECORD'S TO VIOLATING FEDERAL LAW, PERSON COMPLAINED ABOUT FULLY CONFESS TO THE ISSUE'S CHARGED IN THE COMPLAINT. AND CRIMINAL LAW BEARING THE INTERNAL AFFAIR'S OFFICER COULD OR WOULD NOT SERVICE THE COMPLAINT FUTHER AITHOUGH HE WAS OBLIGATED TO

5. THE INTERNAL AFFAIR'S DIVISION VIOLATED FEDERAL LAW BY LETTING THE SECOND COMPLAINT BE VIOLATED ONCE THE POLICE DEPARTMENT GAVE IT TO THEM

THE FOLLOWING IS A LIST OF CHARGE'S THAT VIOLATE FEDERAL LAW OF WHICH EACH DEFENDANT LISTED ABOVE MAY BE SUED FOR: LACK OF PROPER SERVICE, DEFECTIVE RESOURCE, NEGLIGENCE, DELIBERATE INDIFFERENCE, DEFECTIVE SERVICE, LACK OF PROPER RESOURCE, AND PROFESSIONAL MALPRACTICE.

THERE ARE 5 DEFENDANT IN THE 12TH LAW SUIT AND EACH GET CHARGED WITH THE 7 LISTED CHARGE'S SEPERATELY SO SEVEN TIME'S 69632 PLUS 5 TIME'S THAT COUNT ADDED TO THE TOTAL COUNT 2170717 FOR A CIVIL LAWSUIT PLUS THERE'S ANOTHER CHARGE THE WATER BURY CITY POLICE DEPARTMENT FAIL TO TRAIN EMPLOYEE'S PROPERLY ON BEHALF OF NUMBER <2>, <3>, <4>, AND <5> SECTION LISTED DEFENDANT ABOVE WHICH COUNT 4 TIME'S 69632 TO THE TOTAL COUNT 21885688 #53.000.932.73 FEDERAL LAWSUIT;

THE ABOVE FORM AND FASHION SUCH AS ADDING 69632 SUIT HAS BEEN COMPLETED, NOW NEXT THE 21885688 #53.000.932.73 FEDERAL LAW SUIT DOUBLE FOR THE FOLLOWING REASON'S

35.

Turn over ⟶

[Statement of Facts, continued]

EACH OF THE FOLLOWING TIMES THAT An Arrest was made Due To An Incident Charged AGAINST THE UNDERSIGNED, And EACH Time He SUFFERED mental DIFFICULTY, EACH Time He Had To GET TREATED once A mental RELAPSE Episode OCCURRED And Every Time He Had To Be HOSPITALIZED, EACH OF THE ABove WHILE WEIGHING THE HOSPITALIZATION DAMAGE THAT CAUSED THE VERY FIRST DOUBLE To Form, Because it was CAUSED By THE FIRST SUIT EACH EPISODE DOUBLE THE Amount OF SUIT CALCULATED Already However one will Be WITHHELD FROM CALCULATING Because one Had To Be CONSIDERED THE CAUSE OF EACH TO OFFICIALLY DOUBLE, THE EPISODES AHEAD occurred WHEN AT Least one SUIT VIOLATION EXISTED And it REFLECTED upon ALL OTHER SUIT Because it was THE WEIGHT And DAMAGE THAT WEIGHED IN A THE Time EACH OTHER SUIT VIOLATION occurred, And it ALL OFFICIALLY CALCULATE Because AT Least one EPISODE occurred WHEN THE 12 CIVIL SUIT mentioned Already EXISTED. DURING THESE EPISODES And DIFFICULTY IT SEEM AS IF WHEN THE UNDERSIGNED VIOLATE He Had To PAY, And Seem LIKE WHEN OTHER'S VIOLATE IT DID NOT Seem AS IF THEY Had To PAY, AT THE Time OF EACH OF THE FOLLOWING EPISODES EACH FOLLOWING EPISODE ADD'S AN ADDITIONAL 21885688

1. THE 21885688   $53.000.932.73 Federal LAWSUITS DOUBLE, Because on JULY 07, 2010, LOW TOLERANCE CAUSED BY many OF THOSE LISTED IN THE LIST OF 12 CIVIL SUIT, To A Point THAT IT CAUSE PLAINTIFF To TAKE 40 ounce Beer BOTTLES And Attack PEOPLE IN THE LOCAL TRAIN STATION, AT Least 2 male were HIT IN THE HEAD, PLAINTIFF FELT UPSET Because PEOPLE WHO VIOLATED DID not Seem AS IF THEY Had To PAY IN THE Same FASHION AS mentioned And once IT FELT THIS WAY NOTHING HAS Ever CHANGED, PLAINTIFF was CHARGED WITH 3 count OF ASSAULT 2nd Breach OF PEACE 2nd And RECKLESS ENDANGERMENT IN THE FIRST DEGREE. THIS BRING THE TOTAL TO COUNT 43771376 Federal LAWSUIT

2. on AUGUST 05, 2010, THE UNDERSIGNED AGAIN was CAUSED BY many OF THOSE LISTED IN THE LIST OF 12 Federal LAWSUIT To Become SO LOW TOLERANCE WHILE DEALING WITH OTHER SITUATIONS THAT HE THEW A CHAIR, AT THE Time IT AGAIN (SEEM AS IF HE Had To PAY WHILE OTHER'S DID NOT WHEN IT COME TO PAYING For VIOLATING, AS mentioned ABove. WHEN THE UNDERSIGNED THREW THE CHAIR MARSHALL'S ENTERED And THE UNDERSIGNED ALLEGEDLY ASSAULTED TWO OF THEM, And TWO Judicial MARSHALL EACH FILED WARRANT'S WHICH CAUSED THE ARREST And conviction For ASSAULT on PUBLIC SAFETY, HE was SENTENCE To 2½ Year's OF INCARCERATION And ALSO was GIVEN 2 YEAR'S PROBATION AS A RESULT. THIS EPISODE BRING THE TOTAL TO 65657706 Federal LAWSUIT

3. on APRIL 26, 2011, AGAIN Had DEVELOP SUCH LOW TOLERANCE DUE TO many OF EPISODES IN THE LIST OF 12 SUIT WHILE FEELING LIKE HE was THE ONLY one WHO HAD TO PAY WHEN VIOLATING, IT Seem AS IF HE Had TO PAY WHEN HE VIOLATED, And IT Seem LIKE WHEN OTHER'S VIOLATE IT DID NOT Seem AS IF THEY Had TO PAY, SO on APRIL 26, 2011, Judicial MARSHALL AT THE COURT PUT HAND CUFF'S on THE UNDERSIGNED And THE

36.

[Statement of FACT's, continued]

undersigned who was put in a holding cell with them on became such that he broke the hand cuff's off and threw them down the tier, he was then arrested and charged with criminal mischief in the 3rd degree, the low tolerance caused him to lack the ability to cope with being in the cell with the hand cuff's on. This Episode Bring The Total To 8754275.2 Federal Lawsuit

4. on may 12, 2011, or around that date it was alleged that the undersigned actually destroyed the correctional counselor unit office smashing every thing from the computor down to the lamp every thing even the printer was destroyed it was cause by many of the 12 listed civil suit, the undersigned became develop with such low tolerance at the time He actually made a legal call to the court while weighing all those of the 12 listed civil suit that weighed in at the time, caused him to explode after being done wrong The undersigned truely felt that when he violate he had to pay and when other's violate especially as mentioned in this suit it did not seem as if when they violate they have to pay, it was alleged that when the undersigned finished destroying the whole office he attempted to assault the counselor with the lamp, correction's found him guilty of the doing as mentioned causing this Episode Bring The total to 109428440

5. This Episode Bearing This number Govern's a mental trust about every single one of the 109428440 Federal (Lawsuit), from the beginning of July 2011 thru to about october 2011, the weight of almost all the suit damage and more weighed in, at time's the undersigned would develop such low tolerance knowing that when he violate he had to pay and when other's violate it seem as if they did not have to pay which cause occassional out burst's of anger to be reported when asked to do thing's. Also around that date the undersigned began to experience psychotic, somatic, mental Relapse difficulty, accordingly "He was being placed under attack by people flicking powered radiation static fusion devise at him. and again just about every single suit calculated already in the amount listed above and possibly more cause the undersigned to develop a very low stage of tolerance that he very bally attacked the federal court Judge, the undersigned wrote a full page of cursing tethering on physical threat's around the same date listed above. The undersigned Refused medication treatment to treat the psychosis which caused the psychiatrist and the forensic team to determine the fact that his condition has became such that he could not exhibit the capacity to offer informed consent, That's which forensic went to court petitioning the court to have some body else for a limited time consent or denie forcing involuntary administration medication. so after a meeting with the doctor finding all of the above, the undersigned was force to take the medication voluntary rather than for the court give them authority to hold the undersigned down and in ject the administration of it by needle. The people placing the undersigned under attack as mentioned above would not have come in that form if the civil suit violation's did not exist. it being the above and took place while the undersigned was a patient at connecticut valley hospital unit in forensic division, medical record's was wrote saying how the undersigned would isolate in the suit room and even in the bathroom to work on his many court cases, and it's also wrote saying how he could always be observed feverishly right holding the stack of legal document's, the total suit is now 121314128

37.                                                                 turn over

[Statement of Fact's, continued]

6. The episode bearing this digit is not going to increase the amount already calculated by adding the 21885688 Federal Lawsuit because it was already used to activate the initial toll of weight bearing each of the 12 Federal Lawsuit causing each to owe, they all existed when they caused the undersigned to low tolerance so critical that he treatened a Rockville court clerk and was sentence to 5 year's suspended after 18 month H's with 2 year's probation for the threat the date of sentence was August 21, 2013, again this is also a time that plaintiff would relive the damage at the time of the threat he felt like when he violate he had to pay and felt like when other's violate they did not have to pay, causing low tolerance to tick him off. The clerk office did not have to be sued for the episode to officially activate the initial toll and weight of the 12 listed suit, each only really pay the whole toll of all 12 when injury such as hospitalization, an arrest or having to be prescribed medication, has been caused that's when each officially pay the toll of the 12 suit that weighed in;

At this point Rockville superior court at 20 Park Street, Rockville, CT 06607, they're clerk office subject to being sued, for each charge up ahead they pay 131314128 Federal Lawsuit and there are 3 defendant so 3 time's that total reflect upon each of the 34 defendant in the list of 12 civil suit to pay individually because they caused the damage which arised from the low tolerance situation mentioned, the same as if the 34 defendant was a group that hit a pole causing it to fall leaving this amount of damage the 34 defendant pay the toll and after finding later that the pole was rigged wrong the plaintiff also sue the source that the pole belong to after finding that it would not have fallen if it was not rigged wrong, each of the 34 defendant would be charged and sued seperately in a class action suit.

And for the last portion to calculate the 3 court clerk defendant and the 34 defendant from the 12 list of civil suit which total 37 defendant subject to paying the toll mentioned seperately wich will count seperately one time each again seperately wich will count seperately 37 more time's because they caused the undersigned difficulty promoting proficiency while he was a patient a second time at whiting Forensic Division of Connecticut a valley Hospital. The undersigned after suffering so much damage on behalf of the case's bearing all that is mentioned that he must have needed help to filter out noxious stimuli that interfere with his capacity to understand the criminal court case's he had and be restored to competency to stand trial in the criminal case's that was mentioned bearing the low tolerance caused by many of the 12 listed suit violation, but the undersigned must have needed help because in may of 2013, Forensic again went to the court and asked them to have some body else grant involuntary

[STATEMENT OF FACT'S, Continued.]

Administration of medication, Again THEY Found THAT PLAINTIFF not EXHiBiT THE CAPACITY As much As to offer InFormed Consent, So AFTER THE HearinG on may 24, 2013, THE Court Allowed GAiL Sicilia which is An APPIN; to GranT or DeniE medication involuntary Administration which she ApProved, ALL THE DAMAGE of EACH DEFENDANT officially weighed IN AT THAT PoinT, THE undersiGned Even Filed State Suit's AGainst most iF not ALL of THE DEFENDANT Listed IN THE 12 List of Federal Lawsuit A Round THAT Time AT G.A. 23 Superior Court In newHaven, CT, AT 235 church street, BearinG Civil Docket number: CV13.5034512, THis was THE SAme hospiTal THAT Listed How PLAINTIFF could Be ALways seen to Feverisky write HoldinG THE stack of LeGal Document's. THIS uP AHeaD will Be Listed As THE Second Time of THese suit THAT PLAINTIFF was AT THE Hospital THE Amount to calculate is Listed uP AHeaD, BuT For now THE 3 court clerk Civil suit vidlation's must ReFlect BECAuse iT weiGHed IN ALso CAusinG THE undersiGned To ReGuire involuntary medication Administration ; AccordinGly, Rockville superior court And THEy're AssisTanT clerk's mentioned uP AHeaD was suBJecTed To BeinG sued And owe For violatinG Federal LAw As Follow's :

1. CLIFTon POWELL, superior court clerk office, eTal. [THere Are 3 DEFENDANT IN THis civil Event ] THere is THE Superior court clerk office In Rockville AT THEy're Location previously mentioned, And THEy're AssisTanT clerk michelle BuBnik, And THEy're AssisTanT clerk melissa miller. DurinG THE monTH of may or June 2011, THE undersiGned senT An uPseT LeTTer AllegedLy THreaTeninG RockvilLe superior court clerk. THE uPseT THreaTeninG LeTTer which was cAused By THE Low Tolerance menTioned THROuGH ouT THis complainT obLigaTed THE clerk's office To : DisReGard, THE EXisisTance OF THE uPseT LeTTer BearinG Any And ALL THreaT is when THE undersiGned senT A LeTTer BeHinD THE uPseT LeTTer mentioned, THis SeconD LeTTer was sTamPed By THE clerk office on June 05, 2011, THE SeconD LeTTer SAiD :

DearClerk

I'm sorry For over ReActinG To BeinG DeLAyeD, iT's JusT THAT I'm Really sufferinG Anxiety And oTHer InTerEPisode's peopLe Here PLoT To EXTorT me For my ReLief which THEy would GeT From Some KinD of souree iF my peTition was DenieD. my medicAl Record's Are FALS; Fied which warranT THE HABeAs court to order such InFormation VACATeD once iT's VACATeD I will Be ReLeAseD From prison. my quesTion iS CAn you pleAse ForGive me JusT THis once And Know THAT I was JusT A LiTTLe uPseT And wanT To AssuRe you THAT iT won'T HAPPen AGAin ;

DesPite THE undersiGned AfTer THE EXisTance oF THE LeTTer mentioned ABove DeFuse And DisReGArD EXisTance OF THE THreaT THE clerk office was obLiGated To contain proper service And ResouRce THAT would ALLow THE SeconD LeTTer To DeFuSE And DisreGard EXisTance of Any And ALL THreaT when it's sTamPed By THE clerk, it's consiDered An APPLicATion conTAininG such proTection. In AccorDance, BearinG THE ABove EACH of THE clerk or AssisTant clerk's ViolaTed FeDeral LAw As Follow's :

1. Someone InFormed An AFFanT who swore under oATH THAT on or AFTer July 23, 2012, He contacted AssisTanT clerk michelle BuBnik mentioned ABove AFTer BeinG ToLD THAT She HAD THE LeTTer, AllegedLy someBody From THE clerk office ALarmed oTHer's Almost 2 monTH's AFTer THE SeconD LeTTer mentioned ABove was sTamPed which is iLLegal As mentioned, AssisTanT clerk michelle BuBnik serviced THE AFFanT mentionED wiTH InFormation such As THE THreaT iTseLF which was used To HAve THE undersiGned convicTed And senTence To 5 yeAr's susPenDeD AFTer 18 monTH's wiTH 2 yeAr's proBATion ; which ViolaTe FeDeral LAw mentioned ABove And more wHere proFessional mal Practice is Found . THE RockvilLe superior court By AssisTanT clerk. michelle BuBnik, And AssisTanT clerk michelle BuBnik GeT sued For servicinG THE THreaT InFormation cAusinG THE convicTion iLLegaLLy. THEy were obLigaTed ToTeLL Every BoDy THAT THEy cAnT eLaBorATe

39.                              Turn over ⟶

[Statement of Fact's, Continued]

2. Rockville Superior court clerk office it self bearing what was said already and what is listed below subject them to be sued Because they were obligated to have proper setting's and handeling as well as proper positioning of the mail to go to proper Resource and Be properly serviced and to properly develop the office to prevent the violation's

3. Rockville Superior court clerk's office By Assistant clerk melissa miller, And, melissa miller told an affant who put together an affidavit, about the threat letter to service the application for a warrant, the assistant told the affant about it illegally on July 26, 2012, it is illegal because the second letter as mentioned obligated them to allow the second letter to be fuse and disregard the threat information from existance, they were obligated to tell any and every body that they cant Elaborate, where professional mal practice is found.

   The 1 Rockville Superior court clerk office, and each of the 2 Assistant court clerk's mentioned subjected to being sued and the following is a list of the charge's which they would be sued for;

   Lack of proper service, Defective Resource, negligence, Deliberate Indiffrence, Defective service, lack of proper Resource, and professional mal practice.

The 3 Defendant of Rockville Superior court clerk office will Be considered the 12th civil suit, each of the 3 Defendant mentioned of Rockville, get charged seperately Bearing each of the 7 violation's of Federal law as listed above, each violation of Federal law count 1,2,3,4,5,6,7,8 civil law suit so 21 time's because 3 Defendant 7 time's bring the count to 863873244 civil law suit;

At this point each of the 34 Defendant from the list of 12 civil suit pay the toll each seperately for causing low tolerance that position each Rockville Superior court clerk office Defendant to violate as mentioned, the suit against the court clerk Defendant is considered an inter Episode because the Episode of just threatening them with out them violating the plaintiff right's was low tolerance damage that officially caused the 12 list of civil suit to weigh in officially, it's like plaintiff mentioned Before of how the 34 Defendant was like a group of Defendant who hit a pole beam as do a car causing the beam that was not rigged right, those, 34 who hit the beam pole causing this damage get sued and the source who own the beam pole that was not rigged right get sue for not having the beam rigged right causing damage bearing the toll of suit damage calculated, And they each pay seperate as a group of criminal's who when charged they each, subject to paying the full penalty seperately if at trial they're found guilty the court would probley order them to pay the full penalty that they owe.

So the 34 Defendant on the list of 12 civil suit each pay 863873244 suit which bring the total to count ? 29371690292 Federal law suit;

-40.-

[ STATEMENT OF FACT's, Continued ]

And now it's time to furnish the information Bearing forensic petition to the court that lead to the involuntary medication Administration, Suffering from the Being violated By each of the 37 Defendant's mentioned so far caused the undersigned to Develop A Capacity that lack and cause Difficulty Even promoting proficiency the 37 Defendant which include the Rockville court clerk's office and they're Employee's caused the undersigned to Develop A Capacity that lack and cause so much Difficulty such as noxius stimuli, And more that Defile and Deform or interfere with his ability at time's especially in this event interfere with his Capacity to understand his criminal Charge's that were pending Against him in April and may of 2013, And Be Restored to competency while he was at connecticut valley hospital whiting forensic Division, which caused the hospital to petition the court and have involuntary medication Administration Result, At the court hearing the forensic Doctor Indicated on may 24, 2013, that the petition to the court By the hospital was sought and Required Due to incident's such as yelling in the morning, And while weighing the critical Amount of Damage totaled in this suit Already make's the Amount when completed weigh more, Because punitive Damage weigh more than phsysical Damage, so by these case's weighing that while Being unable to Restore to competency to stand Trial then further Requiring involuntary medication Administration is just the same As causing hospitalization weighing the total Amount of Damage Already calculated, which now each of the 37 listed Defendant of the 13 Federal lawsuit furnished in this complaint is obligated to pay 29371690292 Federal lawsuit, For example his capacity Became so undeniably Damaged quite like After Being put in A chinese needle puncture torture chamber Execution And Because he never Got Any Relief on behalf of the suit's none of the torture Ever healed A bit just critically Got worse, so A little tap hurt worse than A regular person who slightly Got slugg By A punched so for causing this type of Capacity to Develop mentally, to formulate weighing in while Suffering what Ever that interfere with the undersigned capacity to Become competent to stand Trial in may of 2013, causing involuntary medication Administration As mentioned ~~~~~~~~~~ mentioned to Be subject to 108673450804 $53:000.932.73 civil suit's Because they caused hospitalization weighing the whole previous Amount of law suit or caused involuntary medication Administration weighing the whole previous Amount, calculated prior to the total at this point

41

Turn over ———→

[ STATEMENT OF FACT'S, continued ]

The TOTAL AT THIS Point INCREASE it's Amount Five more Time's, THEY ARE ALL THE Exact Same AS THIS So FAR nothing Different, JUST AT THE BEGINNING Five OTHER Listed DEFENDANT cause THE Exact Same Hospitalization THAT Initiated THE Very FIRST Double And EACH CASE CALCULATED MULTIPLY JUST THE Exact Same, way AGAIN SEPERATELY Five more Time's, THEN ALL of THEM comBine is THE Amount BEARING THE Exact DAMAGE SOUGHT TO BE PAID it is A GRAND TOTAL Amount of LAWSUIT INJURY DAMAGE CAUSED BY EACH DEFENDANT AS mentioned, AND ALTHOUGH many may NOT BE ABLE TO BE SUED BECAUSE THE TIME Allowed EXPIRED it's STILL DAMAGE THAT combined TO TOTAL THE Amount of DAMAGE CALCULATED, Combined is critical for EXAMPLE, if A BOWLING BALL FALL on A House, From 20 FEET UP it's GOING TO DO Some DAMAGE, But if A Boulder 12 Time's THAT size And WEIGHT FALL on THE House From 20 FEET UP it would critically GO THROUGH one or TWO Floor's if NOT more, And EACH DEFENDANT PAY THE GRAND TOTAL SEPERATELY LIKE A GANG OF CRIMINAL'S WHO GET's MULTIPLE CHARGE'S FOR COMMITTING A Home INVASION FOR EXAMPLE AT TRIAL EACH DEFENDANT FACE THE maximum Amount EACH if convicted. Back ABOUT THE 4 more, THE Same AS FROM THE BEGINNING BEARING EACH THAT is counted COUNT's Four more Time's Fresh FROM THE START, THEN EACH of THE Five Amount CALCULATED TOGETHER is THE Amount of LAWSUIT INJURY DAMAGE SUFFERED; AccordinGLY, DURING THE CASE of CLIFTON POWELL V. WATERBURY CITY POLICE DEPARTMENT, etAL. Federal COURT DOCKET NUMBER 3:04-CV-1972. on SEPTEMBER 06, 2007, THE UNITED STATE'S DISTRICT COURT maGistrate Judge DONNA F. MARTINEZ SUBJECT THE Federal COURT TO BE Sued FOR ViolatinG Federal LAW, And on SEPTEMBER 26, 2007, DISTRICT COURT Judge ROBERT N. CHATIGNY SUBJECT THE Federal COURT TO BE Sued SEPERATELY FOR ViolatinG Federal LAW A Second Time, EACH Judge Recieved A motion FOR Summary JUDGMENT And it DemonSTRATED A FULL CONFESSION WHICH ENTITLE PLAINTIFF TO A JUDGMENT, THE maGistrate Judge Recommended THAT THE DISTRICT COURT Judge DENIE THE UNDERSIGNED motion FOR Summary JUDGMENT WHICH Violate Federal LAW, THE ILLEGAL Recommendation ALSO HOSPITALIZED THE UNDERSIGNED. THEN SEPERATELY THE Federal COURT DISTRICT Judge Adopted And APPROVED THE ILLEGAL Recommended RULING BY THE maGistrate mentioned ABove which ALSO CAUSED THE UNDERSIGNED TO BE HoSPITALIZED. And AT LEAST FROM AUGUST 01, 2008, THROUGH TRIAL no LATER THAN JANUARY 17, 2009, THE LAW OFFICE of ROME And mcGUIGAN RePresented THE UNDERSIGNED THEY CAUSED THE UNDERSIGNED TO BE HoSPITALIZED ALSO, THE LAW OFFICE mentioned ABOVE ATTORNEY JEFFREY L. ment ALSO RePresented THE UNDERSIGNED FROM THE ABove DATE THROUGH TRIAL no LATER THAN JANUARY 17, 2009, And CAUSED THE UNDERSIGNED TO BE HoSPITALIZED ALSO. ATTORNEY THOMAS PLOTKIN FROM THE LAW OFFICE of ROME And mcGUIGAN ALSO RePresented THE UNDERSIGNED THROUGH THE SAME DATE'S AS ATTORNEY JEFFREY L. ment mentioned ABOVE, PLOTKIN ALSO CAUSED THE UNDERSIGNED TO BE HoSPITALIZED

42.

[STATEMENT OF FACT'S, CONTINUED]

The 5 Just mentioned which the undersigned charge caused him to be hospitalized Also were the cause of him to be hospitalized Also bearing the same entry At the same time weighing the same damage counted from the beginning because of the confession on the Record As mentioned on behalf of the 2nd listed civil Suit, the United States District court magistrate was obligated to recommend that the motion for summary Judgment be ordered Granted, And the District court Judicial officer was not only obligated to order said motion Granted but Also so to contain Resource that would tell the court that the magistrate's Recommendation is illegal, should not issue, And that not only should it be Vacated from the Record but Also that the count must instantly Grant said motion for summary Judgment bearing the confession by the opposing party on Record, As mentioned. The law office mentioned And they're attorney's that are mentioned was obligated to instantly file for Judgment once they were given the civil suit to Represent each of Above sent the undersigned to the Emergency Room on the day He was Initially hospitalized Also because if legal or professional malpractice, would not have Initiated, on behalf of what's mentioned, the undersigned would not have been deprived of his entitle Judgment bearing the full confession by the Adverse party. And for once it would not seem like when He violate He had to pay And seem like when other's violate it seem As if they did not have to pay.

And yes the first listed defendant were Already considered the cause of the first double And hospitalization, And not forgetting the Above named, 5. And the Amount due but First Additionally 1 more complete Amount calculated Already before the 5 Above must pay must be included making 7 of the Amount the Initial Grand total because there Are 2 defendant in the first listed civil suit listing 12 or 13 And each Initially pay A double which should have started the count bearing 4 suit And further should have included the Above 5 named As listed, Also who each Initially start owing double's each because not only did they cost the undersigned the case but they caused hospitalization weighing the whole case After trial, to suffer loss of the case then Require hospitalization For 3 to 4 day's weighing the whole case in damage constitute double's And each pay the double separately As Do A group of criminal's who At trial For A Home Invasion Face the maximum if convicted And multiple charge's Govern the Episode Just like murder can Also come with Recklessness And whatever other further count's deem Just in Addition there Are six time's the Amount calculated, there's bearing those mentioned At the top portion of this Page, And 1 because the first numbered suit Got two defendant And the count total now only started And calculated bearing 1 defendant the other Add's to make it six time's more to the 1086734540804 count which with six more

41.

Turn over ———>

[ STATEMENT OF FACT'S, continued ]

OF THAT AMOUNT BRING THE TOTAL TO 760714)785628 $53,000,932.73 CIVIL LAW SUIT, THIS IS THE TRUE SET AMOUNT THAT THE LAW OBLIGATE EACH DEFENDANT TO PAY" AND MOST DEFENDANT GET SUED IN THEY'RE INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY BUT THE UNDERSIGNED ONLY CALCULATED THE OFFICIAL CAPACITY OF EACH DEFENDANT BECAUSE THEY'RE INSURANCE COMPANY HAS THE TRUE BILLION DOLLAR'S SOUGHT UPON EACH DEFENDANT OFFICIAL CAPACITY, AND FEDERAL LAW OBLIGATE THE COURT OR THE JURY TO MAKE EACH DEFENDANT AGAINST WHOM THIS SUIT IS AGAINST PAY THE FULL TOLL CALCULATED LIKE A CAR ACCIDENT FOR EXAMPLE IF THESE DEFENDANT EACH WERE GOING THE WRONG WAY UP A ONE WAY STREET AND EACH HIT THE UNDERSIGNED CAR CAUSING IT TO FLIP SIMULTANEOUSLY THEY'RE NOT ONLY GOING TO GET ORDERED TO PAY THE DENT FROM WHERE THE CAR'S HIT THEY'RE GOING TO ALSO HAVE TO PAY THE CRUSHING FROM WHEN THE CAR FLIPED SIMULTANEOUSLY

AND AGAIN THE AMOUNT CALCULATED IS OFFICIAL AND CAN BE CONFIRM UNLIMITED AMOUNT'S OF TIME'S AT : WWW. EANSWER. COM / LAW

AN E MAIL ADDRESS IS REQUIRED AND NEEDED TO GET A RESPONSE FROM THIS WEB SITE, TO SCAN THE DOCUMENT ONTO THE WEB WOULD BE BETTER THAN HAVING TO PRINT IT ALL.

THE UNDERSIGNED IS GOING TO TRY TO GET 12 OFFICIAL CONFIRMATION RETURN'S FROM E ANSWER. COM / LAW TO EAGERLY CONJURE ANY QUESTION AT DELIBERATION. ONCE THE UNDERSIGNED FILE A MOTION FOR JUDGMENT DEMONSTRATING THAT THE INITIAL DEFENDANT'S VIOLATED FEDERAL LAW AS CHARGED THEN THE COURT IS OBLIGATED TO GRANT THE JUDGMENT MOTION OR THE COURT GET SUED 9 TIME'S THE ABOVE AMOUNT BECAUSE IT ONLY TAKE 1 VIOLATION OF FEDERAL LAW, CHARGE TO SUE. AND THEY WOULD BE CHARGED WITH THE FOLLOWING, AND IF THE UNDERSIGNED GET HOSPITALIZED, WHICH HE CHARGE HE WOULD IT DOUBLE WEIGHING THIS WHOLE CASE IN DAMAGE THE TOLL WOULD COUNT 18 TIME'S THE AMOUNT AT THE TOP OF THIS PAGE THE FOLLOWING CHARGE'S IN DAMAGE WOULD DOUBLE, THE CHARGE'S WOULD BE : 1. LACK OF PROPER SERVICE, 2. DEFECTIVE RESOURCE, 3. CAUSING LEGAL MALPRACTICE, 4. NEGLIGENCE, 5. LACK OF PROPER RESOURCE, 6. DEFECTIVE SERVICE, 7. DELIBERATE INDIFFRENCE, 8. PROFESSIONAL MALPRACTICE, AND 9. FOR FAILING TO TRAIN EMPLOYEE'S PROPERLY.
JUDGE ALVIN W. THOMPSON WOULD HAVE PUT THE DISTRICT COURT BEFORE THE JURY IN THE FIRST SUIT AGAINST THE DISTRICT COURT

44

# ATTENTION :

AT TRIAL THE UNITED STATE'S DISTRICT COURT JUSTICE INSTRUCTION'S TO THE JURY IS OBLIGATED TO SO INDICATE THE FOLLOWING:

1. THE UNITED STATE'S DISTRICT COURT JUSTICE MUST AS OBLIGATED BY FEDERAL LAW INSTRUCT THE JURY TO FIND EACH DEFENDANT GUILTY OF EACH OF THE CHARGE'S (TO WHICH THE UNDERSIGNED HAS CHARGED AGAINST THEM, OR THE UNITED STATE'S JUSTICE WOULD VIOLATE THE UNDERSIGNED RIGHT'S TO PROPER PROFESSIONAL SERVICE AND THE COURT WOULD ACK PROPER RESOURCE ONE THAT WOULD TELL THE COURT THAT THIS IS OBLIGATED BY FEDERAL LAW, ALSO ON BEHALF OF THE FOLLOWING THE COURT MUST INSTRUCT AS LISTED BECAUSE IF THE UNDERSIGNED HAVE TO GET TREATMENT OR HOSPITALIZATION HE WOULD BECOME SUCCESSIVE IN A FEDERAL ATTACK ON THE COURT PERHAP'S FOR MILLION'S OF BILLION'S OF DOLLAR'S

2. THE UNITED STATE'S DISTRICT COURT JUSTICE MUST INSTRUCT THE JURY TO FIND THAT THE CIVIL ACTION WEIGH THE FULL AMOUNT OF CASE'S IN DAMAGE AS LISTED

3. THE UNITED STATE'S DISTRICT COURT JUSTICE IS OBLIGATED BY FEDERAL LAW TO INSTRUCT THE JURY TO AWARD THE UNDERSIGNED THE EXACT FULL AMOUNT OF MONEY SOUGHT UPON EACH OF THE DEFENDANT, AND DIRECT THAT THE JURY ORDER EACH DEFENDANT TO PAY THE TOLL SEPERATELY

FOR IT IS WRITTEN SO LET IT BE DONE

### E.  PREVIOUS LAWSUITS

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

___✓___Yes ____No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

a.  Parties to previous lawsuit:

Plaintiff(s): _Clifton Powell_

Defendant(s): _Yale university, et al._

b.  Name and location of court and docket number _Superior G.A. 23 court 235 church street newHaven, CT 06510 [Docket no. CV13-5034512]_

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)

_Dismissed_

d.  Issues raised: _Same Issue That They Lack Proper service., Plaintiff mostly sought To Have Them Train Properly_

e.  Approximate date of filing lawsuit: _April 24, 2013_

f.  Approximate date of disposition: _July 15, 2013, And September 23, 2013_

2.  If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

1. Clifton Powell V. waterBury city Police Department, et al., Docket # 3:04-cv-1973

2. Clifton Powell V. united states District court, et al., Docket # 3:10-cv-1397

3. Clifton Powell V. Judicial marshall officer Kennedy, et al., Docket # 13-cv-858

4. Clifton Powell V. Attorney michael moscowitz, Docket number 14-cv-76

## F. REQUEST FOR RELIEF

I request the following relief:

I ASK THAT THE COURT AWARD ME AN AMOUNT OF $1 BILLION FOR EACH CAPACITY Individual And official FROM EACH DEFENDANT. $1 Billion From DOCTOR OGUADIPE, And $1 BILLION FROM YALE UNIVERSITY SCHOOL OF medicine

## G. JURY DEMAND

Do you wish to have a jury trial?   Yes ___✓___   No _____

_____     Mr. CLIFTON POWELL
Original signature of attorney (if any)     **Plaintiff's Original Signature**

                                            # 147791
_____     Mr. CLIFTON POWELL
Printed Name_____     Printed Name
                                    OSBORN, C.I.
_____     335 BILTON ROAD.
                                    Somers, CT 06071
_____

( )                                 ( )
Attorney's full address and telephone     Plaintiff's full address and telephone

_____     _____
Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at **Somers connecticut**     on **April 30, 2014**.
              (location)                        (date)

_____     Mr. CLIFTON POWELL
                                    **Plaintiff's Original Signature**

(Rev. 9/22/09)

6