UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON POWELL | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | 3:14cv751(JCH) |
| | : | |
| YALE UNIVERSITY SCHOOL OF MEDICINE, CONNECTICUT MENTAL HEALTH CENTER, OGUNDIPE | : | |
|     Defendants | : | |

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's complaint.

The Court has reviewed all of the papers filed in conjunction with the Complaint, and on June 10, 2014, entered an Initial Review Order dismissing the Complaint pursuant to 28 U.S.C. Section 1915A(b)(1).

Therefore, it is ORDERED, ADJUDGED AND DECREED that judgment enter in favor of the defendants, Yale University School of Medicine, Connecticut Mental Health Center and Ogundipe; the complaint is dismissed and the case is closed.

Dated at New Haven, Connecticut, this 11th day of June, 2014.

ROBIN D. TABORA, Clerk

Entered on Docket June 11, 2014            By:/s/ Diahann Lewis
                                                                         Deputy Clerk