**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand and fourteen,

_____

Clifton Powell,

Plaintiff - Appellant,

v.

Yale University School of Medicine, Department of Psychiatry, Official Capacity, Connecticut Mental Health Center, Law and Psychiatry Division, Official Capacity, Ogundipe, Doctor, Yale University Office of Court Evaluations, Individual Capacity and Official Capacity,

Defendants- Appellees.

_____

**ORDER**
Docket Number: 14-2306

A notice of appeal was filed on June 24, 2014. Appellant`s brief and any required appendix, due September 10, 2014, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective November 13, 2014 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/09/2014